# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN  
20 VESEY STREET, SUITE 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

April 6, 2023

VIA ECF

The Honorable Mary Kay Vyskocil  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, N.Y. 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

Re: U.S. v. Christy Corvalan, 23 Cr. 110 (MKV)

Dear Judge Vyskocil,

    I submit this letter, on behalf of my client, Christy Corvalan and Stephen Turano's client, Crystal Medina, requesting a modification of their bail conditions. Counsel and Mss. Corvalan and Medina have conferred with the Government and Pretrial Services and both the Government and Pretrial Services CONSENT to this request.

    The modification request echoes a prior request made by the defense counsel for Ms. Crystal Medina (Docket #33) seeking removal of the no-contact condition for Mss. Medina and Corvalan. Mss. Medina and Corvalan are engaged to be married and have been engaged since prior to their arrest on the present matter. Ms. Corvalan reported this engagement to pretrial services on the day of her arrest.

    Thank you for your consideration of this request.

Respectfully,

Benjamin Zeman  
Counsel for Christy Corvalan

---

DENIED.  SO ORDERED.

Date: 4/6/2023  
New York, New York

*/s/ Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge