UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/23
```

UNITED STATES OF AMERICA,

        -against-

CHRISTY CORVALAN

1:23-cr-00110-2 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The C.J.A. attorney assigned to this case, Benjamin Christopher Zemen is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Aaron Mysliwiec, NUNC-PRO-TUNC.

**SO ORDERED.**
**Date December 11, 2023**
**New York, NY**

                                      HONORABLE MARY KAY VYSKOCIL
                                      UNITED STATES DISTRICT JUDGE