USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BORIS AMINOV, CHRISTY CORVALAN, IRINA POLVANOVA, ROMAN SHAMALOV, ANTONIO PAYANO, DAVID FERNANDEZ, CRYSTAL MEDINA, JUAN HERNANDEZ, a/k/a "Pop," and ALBERT YAGUDAYEV, a/k/a "Jeff,"<br><br>Defendants. | 1:23-cr-110-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On January 25, 2024, the parties filed a joint letter requesting that the Court adjourn the January 31, 2024 status conference. [ECF No. 171]. Defendants jointly requested a sixty (60) day adjournment, while the Government asserted that a thirty (30) day adjournment is appropriate. [ECF No. 171]. IT IS HEREBY ORDERED that the January 31 status conference is adjourned to **April 23, 2024 at 2:00 PM** in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

Defense counsel further jointly requests that the Court adjourn the February 29, 2024 motions deadline such that motions will be due one month after the date of the Court's rescheduling of the pretrial conference. [ECF No. 171]. The Government takes no position on this request. [ECF No. 171]. IT IS FURTHER ORDERED that the February 29 deadline is extended 30 days, and any anticipated motions shall be filed **on or before March 29, 2024**. Any oppositions shall be filed **on or before April 12, 2024**. Any replies shall be filed **on or before April 19, 2024**. The parties should be prepared to discuss any such motions *at* the April 23 status conference.

IT IS FURTHER ORDERED that trial in this matter will begin on **Wednesday, October 16, 2024**. The parties shall file any *motions in limine* **by August 16, 2024**. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in

Criminal Cases, **by August 30, 2024**. The Final Pretrial Conference will take place on **October 9, 2024 at 11:00 AM**. This case must be tried to verdict within eight days, and the Parties must plan accordingly.

The trials will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. These are firm trial dates. The Court will not accept delays.

Any request by any Party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

On the application of the Government, and without objection by any Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from January 31, 2024 to April 23, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the Government to continue production of discovery materials, allow time for defense counsel to review discovery material in this case with Defendants and to consider whether there are any motions that are appropriate, and to allow the parties to discuss/continue discussing potential pretrial disposition of the charges. All Defendants consent to the exclusion of time.

**SO ORDERED.**

**Date: January 29, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**