

April 12, 2024

<u>VIA ECF</u>

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

      Re:    *United States v. Boris Aminov, et al. (Juan Hernandez),* 23-cr-110 (MKV)

Dear Judge Vyskocil,

    I represent the defendant Juan Hernandez in the above-referenced matter. Yesterday, Robert Wolf, Esq. requested –with the Government's consent – an adjournment of the court conference presently scheduled for April 23, 2024 on behalf of defendants Irina Polvanova, Juan Hernandez, Cristy Corvalon, Antonio Payano, Roman Shamalov, and Albert Yagudayev. The joint request forgot to indicate that each of the defendants explicitly consents to the exclusion of time pursuant to the speedy trial provisions. I have received confirmation from counsel for each of the remaining defendants that they consent to the exclusion of time until whichever date the Court reschedules this conference to. I thank the Court for its attention to this request.

        Respectfully submitted,

        Michael P. Kushner, Esq.

cc:    Counsel of Record (via ECF)

16 Court Street, 36th Floor / Brooklyn, NY 11241     81 Main Street, Suite 307 / White Plains, NY 10601
718.504.1440 (tel) / 718.504.4630 (fax)     914.898.5500 (tel) / 914.898.5509 (fax)

www.KushLawGroup.com