

April 12, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

      Re:   *United States v. Boris Aminov, et al. (Juan Hernandez),* 23-cr-110 (MKV)

Dear Judge Vyskocil,

    I represent the defendant Juan Hernandez in the above-referenced matter. Yesterday, Robert Wolf, Esq. requested –with the Government's consent – an adjournment of the court conference presently scheduled for April 23, 2024 on behalf of defendants Irina Polvanova, Juan Hernandez, Cristy Corvalon, Antonio Payano, Roman Shamalov, and Albert Yagudayev. The joint request forgot to indicate that each of the defendants explicitly consents to the exclusion of time pursuant to the speedy trial provisions. I have received confirmation from counsel for each of the remaining defendants that they consent to the exclusion of time until whichever date the Court reschedules this conference to. I thank the Court for its attention to this request.

                                          Respectfully submitted,

                                          Michael P. Kushner, Esq.

---

**On April 11, 2024, the Defendants jointly requested, with the Government's consent, an adjournment of the status conference scheduled for April 23, 2024. Accordingly, the April 23 status conference is hereby adjourned to May 15, 2024 at 2:00 PM.**

**IT IS FURTHER ORDERED, without objection by any Defendant, that, in the interest of justice, all time from April 23, 2024 to June 17, 2024, excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial in that it will allow time for defense counsel to review discovery material in this case with Defendants and to allow the parties time to discuss/continue discussing potential pretrial disposition of the charges. All Defendants consent to the exclusion of time. SO ORDERED.**

Date: 4/15/2024
New York, New York

Mary Kay Vyskocil
United States District Judge