Case 1:23-cr-00110-MKV   Document 226   Filed 05/08/24   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 8, 2024

**BY ECF and Email**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Aminov et al.*, S1 23 Cr. 110 (MKV)

Dear Judge Vyskocil:

      The parties[1] respectfully submit this letter to provide a status update on this case in advance of the conference scheduled for May 15, 2024.

      On January 29, 2024, the Court set a trial date for October 16, 2024 and a schedule for the filing of pre-trial motions. Dkt. No. 172. Defendant Albert Yagudayev was the only defendant to file a pre-trial motion, specifically, a motion to suppress search warrant returns from his cellphone. Dkt. No. 204. That motion is now fully briefed. In accordance with the Court's order of January 29, 2024, counsel for Albert Yagudayev and the Government will be prepared to discuss that motion at the upcoming conference, should the Court request argument.

*[Continued on next page]*

---

[1] As of the filing of this letter, defendants Boris Aminov and Jonathan Gavrielof have entered a guilty plea. Defendants Dezyre Baez, David Fernandez and Crystal Medina have been accepted into the Young Adult Opportunity Program. Accordingly, these defendants are not parties to this letter.

All of the defendants in this case are in discussions with the Government regarding potential pre-trial resolutions of this matter. If those discussions do not result in a plea, the parties anticipate proceeding to trial on October 16, 2024.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jeffrey W. Coyle
Jackie Delligatti
Assistant United States Attorneys
(212) 637-2437/2559