USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2024

**MEMORANDUM**

TO:    Honorable Mary Kay Vyskocil
        U.S. District Judge

FROM: Jessica Aguilar-Adan
        U.S. Pretrial Services Officer

RE: Christy Corvalan
DOCKET #: **1:23CR110-2**

The attached memorandum was prepared by Pretrial Services Officer:

**Jessica Aguilar-Adan**                                      **212-805-4346**

_____

        Name                                                Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

        Courtroom # **18C**    on **Oct. 3, 2024**    at **11:00 AM**    .
                                    Date                Time

[X]    So Ordered:_____Mary Kay Vyskocil_____

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                Judicial Officer