USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTY CORVALAN, ROMAN SHAMALOV, ANTONIO PAYANO, JONATHAN GAVRIELOF, IRINA POLVANOVA, AND JUAN HERNANDEZ,<br><br>Defendants. | 1:23-cr-110-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a motion filed by interested parties Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC, (collectively, "Gilead") seeking amendments to the orders of restitution against Defendants Christy Corvalan, Roman Shamalov, Antonio Payano, and Jonathan Gavrielof and new orders of restitution against Defendants Irina Polvanova and Juan Hernandez. [ECF No. 429]. As of the date of this Order, none of the Defendants potentially impacted by Gilead's motion nor the Government have responded.

IT IS HEREBY ORDERED that Defendants and the Government shall file any response to Gilead's motion on or before February 26, 2025.

**SO ORDERED.**

**Date: February 11, 2025**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**