

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025

February 28, 2025

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Aminov et al.*, 23-CR-110 (MKV)

Dear Judge Vyskocil:

      I write regarding my representation of Ms. Christy Corvalan in the above-captioned matter. Ms. Corvalan was sentenced by this Court on December 2, 2024. Ms. Corvalan will surrender to her assigned facility on April 30, 2025, and remains under the supervision of U.S. Pretrial Services until that date. Earlier this week, Ms. Corvalan respectfully requested a change of her bail conditions from home confinement to a curfew. The Court denied this request.

      In lieu of permanently changing Ms. Corvalan's Pretrial monitorship to a curfew condition, Ms. Corvalan respectfully asks for a limited number of hours on March 2nd, March 3rd, and March 4th, from approximately 6:00 p.m. (when she returns home from work) to 10:00 p.m. to help her daughter prepare her home for the upcoming birth of her child. The address of her daughter's home has been provided to both Pretrial and the government and is located right next to Ms. Corvalan's residence. The reason for this request is that Ms. Corvalan's daughter is 8 months pregnant and has requested help moving and completing tasks she would otherwise be unable to complete on her own in preparation for the baby's birth.

      U.S. Pretrial Services, through Officer Jessica Aguilar-Adan, has no objection to this request. Because this is a time-sensitive request, I have not yet heard back from the Government, through AUSA Jeffrey Coyle. In the past, the Government has deferred to Pretrial regarding these types of requests for Ms. Corvalan, including on the request for curfew made earlier this week.

      Thank you for the Court's consideration.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Christy Corvalan*

**GRANTED. Defendant's request for a limited modification of her bail conditions is granted on the condition that she checks-in with her Pretrial Services Officer daily, or as otherwise directed by Pretrial Services.**

**SO ORDERED.**

Date: 2/28/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com