USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTY CORVALAN,<br><br>Defendant. | 1:23-cr-110-MKV<br><br>ADDITIONAL ORDER OF RESTITUTION |

MARY KAY VYSKOCIL, United States District Judge:

### ADDITIONAL ORDER OF RESTITUTION AS TO CHRISTY CORVALAN

Gilead Science, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead"), submitted a victim impact statement, [ECF No. 384], and appeared at Defendant Corvalan's sentencing hearing on December 2, 2024. At Defendant Corvalan's sentencing Gilead indicated that it intended to seek restitution from Defendant Corvalan. The Court inquired as the parties' positions on amending the signed consent restitution Order that the Court had already received from the Government. The Government requested that the Court order the consent restitution order previously submitted by the Government and when Gilead makes a motion after sentencing to amend the restitution order entered the Court can address it at that time. [ECF No. 402 at 8]. Defendant did not object to this course of action. The Court stated that it would "enter the consent order of restitution that the parties previously stipulated to" and then reserved the right to amend the restitution order upon a motion by Gilead at a time after sentencing. [ECF No. 402 at 9].

On January 24, 2025, Gilead submitted its motion to amend. [ECF No. 429]. The Court then allowed time for Defendant Corvalan and the Government to respond to Gilead's motion. [ECF No. 435]. Neither Defendant Corvalan nor the Government opposed or otherwise filed a response to Gilead's motion to amend the restitution order.

1

The Court has carefully reviewed the motion, and because Defendant Corvalan participated in a conspiracy that sold illegitimate medications and Gilead, as the manufacturer of the authentic version of those medications, was deprived of sales of legitimate medications that it would have made if not for Defendant Corvalan's crimes the Court concludes, as other federal courts have already concluded, *see e.g. United States v. Papyan*, No. 18-cr-533 (N.D. Cal.), that Gilead is a victim and is entitled to restitution in the form of its lost sales and profits. *See U.S. v. Milstein*, 481 F.3d 132, 137 (2d Cir. 2007). The Court finds Gilead's application for restitution is meritorious. Accordingly,

IT IS HEREBY ORDERED that the sentence of Christy Corvalan, ECF No. 396, shall be amended to include additional restitution to Gilead Sciences, LLC in the amount of $7,646,289.95, pursuant to 18 U.S.A. §§ 3663, 3663A, and 3664.

Restitution is joint and several with Boris Aminov, Antonio Payano, David Fernandez, Crystal Medina, and Dezyre Baez.

**SO ORDERED.**

Date: **March 3, 2025**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**