UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
    -v-                                   :     23-CR-110-2 (JMF)
:
CHRISTY CORVALAN,                        :     ORDER
:
        Defendant.              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    By letter filed yesterday, the Government advised that the petition filed by Gilead Sciences, Inc. et al., *see* ECF No. 318, which was filed before this matter was reassigned to the undersigned, remains unresolved. *See* ECF No. 563. The Government and Defendant Christy Corvalan shall file responses to the petition no later than **November 19, 2025**. The responses should address (among other things) what, if any, procedures the Court should use to address the petition — including whether the Court should schedule a conference (or hearing) to address it and, if so, whether Defendant herself needs to be present for such a proceeding.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge