

November 18, 2025

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Aminov et al.*, 23-CR-110 (JMF)

Dear Judge Furman:

      I write regarding my representation of Ms. Christy Corvalan in the above-captioned matter. Ms. Corvalan was sentenced on December 2, 2024. She is currently located at Danbury FCI under the supervision of the Bureau of Prisons.

      On November 11, 2025, the Court received a letter from the Government notifying the Court that Counsel for Gilead Sciences, Inc. had informed the Government that Gilead's petition at ECF No. 318 (regarding a request for a hearing to adjudicate the validity of legal interest and right to forfeited property under 21 U.S.C. § 853(n)) remains active. ECF 563. Pursuant to that letter, on November 12, 2025, the Court ordered the Government and Defendant Christy Corvalan to file responses to the petition no later than November 19, 2025. ECF 565.

      I write the Court to respectfully request a one-week adjournment of the November 19, 2025, deadline to November 26, 2025. Currently, I am involved in preparing for a trial that begins on December 1, 2025 and I have been engaged in other matters during the past week.

      The government, through AUSA Jeffrey Coyle, consents to the adjournment request. Gilead, through its counsel, Daniel S. Ruzumna, has no objection to the proposed request.

      Thank you for the Court's consideration.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Christy Corvalan*

Application GRANTED. The deadline for the Government and Defendant Christy Corvalan is hereby extended to **November 26, 2025**. The Clerk of Court is directed to terminate ECF No. 566.

SO ORDERED.

November 18, 2025

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com