UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,              :

                                   :

       -v-                       :          23-CR-110-2 (JMF)

                                   :

CHRISTY CORVALAN,                :             ORDER

                                   :

               Defendant.        :

                                   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 19, 2025, Mercedes-Benz Financial Services USA, LLC filed a Third Party Petition Based Upon Pre-Existing and Superior Position. Any opposition to the Petition — by the Government, Defendant Christy Corvalan, or any other party — shall be filed by **January 16, 2026** (and, if appropriate, should be consolidated with the response to the pending petition filed by Gilead due the same day, *see* ECF No. 570). The responses should address (among other things) what, if any, procedures the Court should use to address the petition — including whether the Court should schedule a conference (or hearing) to address it and, if so, whether Defendant herself needs to be present for such a proceeding.

         SO ORDERED.

Dated: December 22, 2025
       New York, New York

_____
                  JESSE M. FURMAN
                 United States District Judge