

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 16, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**     *United States v. Boris Aminov, et al.*, **23 Cr. 110 (JMF)**

Dear Judge Furman:

      The Government writes respectfully to request an adjournment of the date by which the Government is required to respond to Gilead's petition at ECF No. 318 and Mercedes-Benz Financial Services LLC's petition at ECF No. 574 (collectively, "the Petitions").

      As initial matter, the Government has conferred with counsel for Christy Corvalan, who confirmed that Ms. Corvalan has no further interest in the property subject to the Petitions, given that Ms. Corvalan has signed an order of forfeiture pertaining to the subject property of the Petitions.

      With respect to Gilead's petition, the Government has conferred with counsel for Gilead on several occasions and is awaiting additional information from Gilead to further evaluate Gilead's claim to the subject property.

      Likewise, the Government has conferred with counsel for Mercedes-Benz Financial Services LLC in an effort to resolve its petition without the need for Court intervention, which discussions are ongoing.

      Therefore, the Government requests an additional two-month adjournment of the date by which the Government is required to respond to the Petitions. Counsel for Gilead and Mercedes-Benz Financial Services LLC consent to this request. The parties at present believe that this additional adjournment will allow the parties to continue conferring and to evaluate the additional requested information, which could potentially moot the Petitions.

Finally, the Court's orders at ECF Nos. 565 and 576 direct the Government to address what, if any, procedures the Court should use to address the Petitions, in the event they are not mooted through the parties' further discussions. If the Government's conferrals with the parties do not result in the Petitions being mooted, the Government intends to file a motion to dismiss the Petitions, and will separately submit a request for an appropriate briefing schedule.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:

Jeffrey W. Coyle
Jackie Delligatti
Assistant United States Attorneys
Southern District of New York
(212) 637-2437/2559

Application GRANTED. The Government shall file a response to both petitions no later than March 16, 2026. Further extensions are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 578.

SO ORDERED.

January 20, 2026