UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

CHRISTY CORVALAN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

S1 23 Cr. 110 (JMF)

WHEREAS, on or about July 15, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 252), which ordered the forfeiture to the United States of all right, title and interest of CHRISTY CORVALAN (the "Defendant") in, *inter alia*, the following property:

a. All right, title, and interest in the real property located at 3184 Wissman Avenue, Bronx, NY 10465, with all improvements, appurtenances, and attachments thereto, more particularly described as Lot 129, Block 5519, in the records of Bronx County, New York (the "3184 Wissman Property");

b. All right, title, and interest in the real property located at 3186 Wissman Avenue, Bronx, NY 10465, with all improvements, appurtenances, and attachments thereto, more particularly described as Lot 127, Block 5519, in the records of Bronx County, New York (the "3186 Wissman Property")

c. 2021 Mercedes-Benz Maybach S580 with vehicle identification number W1K6X7GB0MA003783, seized by the Government on or about March 6, 2023;

d. 2021 Nissan GT-R with vehicle identification number JN1AR5BF4MM160036, seized by the Government on or about March 2, 2023 (the "GT-R Vehicle");

e. 2018 Mercedes-Benz C43 with vehicle identification number WDDWJ6EB2JF657374, seized by the Government on or about March 2, 2023 (the "C43 Vehicle");

f. 2017 Mercedes-Benz GLE 63 S with vehicle identification number 4JGDA7FBXHA814206, seized by the Government on or about March 2, 2023;

g. Any and all funds in JPMorgan Chase account number 762732029 held in the name of Success Re Management LLC, and any and all funds traceable thereto, including accrued interest;

h. $1,114,511.53 in JPMorgan Chase account number ending 9587 held in the name of Laconia Ave. Pharmacy Corp., and any and all funds traceable thereto, including accrued interest (the "Laconia Ave. Account");

i. Any and all items seized by the Government from the 3184 Wissman Property on or about March 2, 2023, all of which is property that constitutes or is derived, directly or indirectly, from proceeds traceable to the offense charged in Count One of the Indictment, including but not limited to the items set forth in Exhibit A and attached hereto (the "3184 Wissman Assets"); and

j. Any and all items seized by the Government from the 3186 Wissman Property on or about March 2, 2023, all of which is property that constitutes or is derived, directly or indirectly, from proceeds traceable to the offense charged in Count One of the Indictment, including but not limited to the items set forth in Exhibit B and attached hereto (the "3186 Wissman Assets");

(a. through g., collectively, the "Subject Property"; a. through j., collectively, the "Specific Property");

WHEREAS, the 3184 Wissman Assets are more particularly described as set forth in Exhibit C and attached hereto (the "Updated 3184 Wissman Assets");

WHEREAS, the 3186 Wissman Assets are more particularly described as set forth in Exhibit D and attached hereto (the "Updated 3186 Wissman Assets");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Laconia Ave. Account was posted on an official government internet site (www.forfeiture.gov) beginning on July 25, 2024, for thirty (30) consecutive days, through August 23, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the the Subject Property, the Updated 3184 Wissman Assets, and the Updated 3186 Wissman Assets was posted on an official government internet site (www.forfeiture.gov) beginning on March 10, 2026, for thirty (30) consecutive days, through April 8, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court;

WHEREAS, on or about August 13, 2024, notice of the Preliminary Order of Forfeiture was sent by certified mail to Gilead Sciences, Inc., and Gilead Sciences Ireland UC (together, "Gilead");

WHEREAS, on or about September 12, 2024, Gilead filed an ancillary claim asserting an interest in the Specific Property (D.E. 318);

WHEREAS, on or about March 31, 2026, the Court entered a Stipulation and Order resolving the respective interests of the Government and Gilead in the Specific Property (D.E. 588), wherein the Government agreed to seize the funds contained in the Laconia Ave. Account (the "Laconia Funds") and transmit $555,094.00 of the Laconia Funds to Gilead (the "Gilead Funds);

WHEREAS, or about July 29, 2026, the Government seized the Laconia Funds and transmitted the Gilead Funds to Gilead, leaving a remainder of the Government Funds, specifically, $561,046.26 in United States currency;

WHEREAS, on or about November 21, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail to Mercedes-Benz Financial Services USA, LLC ("Mercedes-Benz");

WHEREAS, on or about December 19, 2025, Mercedes-Benz filed an ancillary claim asserting an interest in the C43 Vehicle as a result of a lien derived from a loan given to the Defendant and financed by Mercedes-Benz (the "Mercedes Loan") (D.E. 574);

WHEREAS, on or about March 3, 2026, the Court entered a Stipulation and Order resolving the respective interests of the Government and Mercedes-Benz in the C43 Vehicle (D.E. 580), wherein Mercedes-Benz agreed to withdraw any claim of interest in the C43 Vehicle and upon entry of a Final Order of Forfeiture forfeiting all right, title, and interest in the C43 Vehicle,

the Government shall satisfy the Mercedes Loan amount of $4,754.04 from the net proceeds of the sale of the C43 Vehicle;

WHEREAS, on or about November 21, 2025, notice of the Preliminary Order of Forfeiture was sent by certified mail to Santander Consumer USA, Inc. (“Santander”);

WHEREAS, on or about March 2, 2026, Santander informed the Government of its interest in the GT-R Vehicle as a result of a lien derived from a loan given to the Defendant and financed by Santander (the “Santander Loan”);

WHEREAS, on or about May 13, 2026, the Court entered a Stipulation and Order resolving the respective interests of the Government and Santander in the GT-R Vehicle (D.E. 598), wherein Santander agreed to withdraw any claim of interest in the GT-R Vehicle and upon entry of a Final Order of Forfeiture forfeiting all right, title, and interest in the GT-R Vehicle, the Government shall satisfy the Santander Loan amount of $36,531.59 from the net proceeds of the sale of the GT-R Vehicle;

WHEREAS, on or about March 4, 2026, notice of the Preliminary Order of Forfeiture was sent by certified mail to the Basanti Mitra Revocable Trust (“Basanti Mitra”);

WHEREAS, on or about April 20, 2026, Basanti Mitra filed an ancillary claim asserting an interest in the 3184 Wissman Property as a result of a lien derived from the mortgage given to the Defendant and financed by Basanti Mitra (“Mortgage-1”) and an interest in the 3186 Wissman Property (together, with the 3184 Wissman Property, the “Wissman Real Properties”) as a result of a lien derived from the mortgage given to the Defendant and financed by Basanti Mitra (“Mortgage-2”) (D.E. 592);

WHEREAS, on or about June 24, 2026, the Court dismissed the Peititon as untimely (the “Decision”) (D.E. 608);

WHEREAS, on or about June 29, 2026, the Petitioner filed a motion for reconisderation of the Decision (D.E. 612);

WHEREAS, on or about September 14, 2026, the Court entered a Stipulation and Order resolving the respective interests of the Government and Basanti Mitra in the Wissman Real Properties (D.E. 632), wherein Basanti Mitra agreed to not contest the Government's forfeiture of the Wissman Real Properties and upon entry of a Final Order of Forfeiture forfeiting all right, title, and interest in the Wissman Real Properties, the Government agreed to make the following payments to Basanti Mitra from the sale proceeds:

a. $819,445.15 in United States currency from the sale of the 3184 Wissman Property to satisfy Mortgage-1; and

b. $819,445.15 in United States currency from the sale of the 3186 Wissman Property to satisfy Mortgage-2;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture all petitions or claims to contest the forfeiture of the Subject Property, Updated 3184 Wissman Assets, Updated 3186 Wissman Assets, and the Government Funds (collectively, the "Forfeitable Property") have been resolved;

WHEREAS, the Defendant, Gilead, Mercedes-Benz, Santander, and Basanti Mitra are the only individuals and/or entities known by the Government to have a potential interest in the Forfeitable Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property, including interest accrued thereto, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4. The Clerk of Court is directed to terminate Doc. #639.

Dated: New York, New York
October 29, 2026

SO ORDERED:

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

# **Exhibit A – 3184 Wissman Assets**

a. Rose Gold iPhone in red case;
b. Four Bottles of Pills labeled as Biktarvy;
c. Black Apple iPhone 15 in black Apple case;
d. White/Gold Apple iPhone in clear Apple case;
e. Green Apple iPhone 13 in red case;
f. $2,388 in United States currency;
g. Miscellaneous Jewelry;
h. Diamond Ring and Gold Bracelet;
i. $8,111 in United States currency;
j. Silver butterfly necklace;
k. $4,689 in United States currency;
l. $5,230 in United States currency;
m. One Benzel Busch box containing two Michael Kors watches, a nameplate necklace, and a diamond necklace;
n. $4,960 in United States currency;
o. $400 in United States currency;
p. $535 in United States currency;
q. $24,555 in United States currency;
r. $7,800 in United States currency;
s. Pelle Pelle leather coats;
t. Black Apple iPhone;
u. Moose Knuckles coat;
v. Roberto Cavalli suitcase;
w. Air Jordan sneakers;
x. High end footwear;
y. Miscellaneous paperwork and bank information;
z. Designer clothes;
aa. 128 GB SanDisk extreme micro-SD card;
bb. Ordro 4K video camera;
cc. Ace The Jeweler black box with miscellaneous key;
dd. 128 GB SanDisk memory card;
ee. Apple iPad and iPhone;
ff. Miscellaneous card wallets and gift card;
gg. Miscellaneous documents;
hh. Nissan GT-R car window sticker;
ii. Designer T-shirts;
jj. Miscellaneous documents, appraisals, checks, and money order receipts;
kk. Sneakers;
ll. Shoes;
mm. High end belts and sunglasses;
nn. Purses and hats;
oo. High end sneakers;
pp. High end winter jackets;

qq. Kaws family dolls;
rr. Clothes;
ss. Pharmacy-related document;
tt. Gift cards;
uu. Apple iPhone Model A2484 with IMEI: 35B22634599687;
vv. High end shoes;
ww. High end clothing;
xx. MacBook laptop Model A2 l 79 with serial number FVFD517UMNHR;
yy. High end shoes and Burberry pocket book;
zz. High end coats;
aaa. Silver MacBook;
bbb. Apple watch;
ccc. Baby Nike and Yeezy shoes;
ddd. Moose knuckles coat Burberry;
eee. Shoes, bag, and check;
fff. Statue/art;
ggg. Phone with red case;
hhh. Verizon gift cards;
iii. iPad Model 2696;
jjj. Notebooks and paperwork;
kkk. Items in coat pockets;
lll. Louis Vuitton shopping bags;
mmm. Two Louis Vuitton receipts, a Montcler Gaitor notebook log, Nissan receipt, and NYC summons;
nnn. High end clothes / high end sneakers;
ooo. Clothing;
ppp. Shoes, bags, and hats; and
qqq. Designer bags

# **Exhibit B – 3186 Wissman Assets**

a. Black and gold jewelry box containing necklaces, pendant, ring, earrings, and backs;
b. "Mrs. Right" pendant with chain;
c. Gold in color bracelet with white stones;
d. Studded silver colored necklace;
e. $13,889 in United States currency;
f. Gold in color ring with blue and white stones;
g. Silver ring with clear stones;
h. Box of jewelry;
i. 23 row diamond ring;
j . Black box containing necklaces, Rolex watch, pendants, and earrings;
k. Black box containing necklaces, pendants, rings and earrings with appraisal certificate;
1. Black and gold box containing rings, bracelets, and hoop earrings and necklace;
m. Box containing Rolex (silver) Oyster perpetual watch with clear stones;
n. Red box containing a 2016 world champ ring;
o. Heart Charm (Silver);
p. Cartier Watch (Silver);
q. Anti-social club T-shirt;
r. Burberry swimsuit with box;
s. Checks addressed to Laconia A venue Pharmacy in the amounts of $194,012.00, $85,171.37, and $3,572.96;
t. Silver Apple laptop Model number A2338 and EMC number 3578, with charger;
u. White Apple iPhone IMEI:354829097229519, with charger;
v. Bottles of perfume;
w. Silver HP laptop serial number 8CG9226MX9, with charger;
x. Black wallet Gucci logo;
y. Black Gucci card holder;
z. MCM Wallet;
aa. Mercedes Benz Key FOB;
bb. Earnings statements and 3186 Wissman Ave paperwork;
cc. Black handbag with L V logo;
dd. Toddler Air Jordan;
ee. Blue handbag w/Gucci logo;
ff. Two off-white brand t-shirts;
gg. Box of shoes;
hh. Miscellaneous paperwork (pharmacy, LLC, home, etc.);
ii. Shoes;
jj. Box of shoes and shirts;
kk. Three receipts for "Unlimited RV";
ll. Mercedes Maybach key;
mm. Black wallet with YSL logo;
nn. Fourteen belts;

oo. One Cartier pen;
pp. One Gucci wallet and one Louis Vuitton wallet;
qq. Three Laconia Avenue Pharmacy checks;
rr. NBA Finals Box of merchandise;
ss. Three red boxes and one orange box;
tt. Royal blue YZY hooded sweatshirt;
uu. Bags;
vv. Air Dior shoes;
ww. Coat and bags;
xx. Black Moncler jacket;
yy. Black MCM leather backpack;
zz. Lenovo computer with serial number MJ0CZ56F and charger;
aaa. Box of shoes and sweatshirts;
bbb. Brown box containing two pairs of shoes;
ccc. Virtual reality headset;
ddd. Clothing;
eee. Box of clothing;
fff. Box of shoes and perfume;
ggg. White Apple iPhone with IMEI 357266091854295;
hhh. Box of handbags and shoes;
iii. White Apple iPhone with green case and IMEI 356683112682433;
jjj. Silver HP laptop serial number 8CG9226MX9 and with charger;
kkk. Silver Apple laptop model number 42338 with charger;
lll. White Apple iPhone IMEI 354829097229519 with charger;
mmm. Box of shoes and handbag;
nnn. Box of shoes and handbag straps; and
ooo. Box of handbags and hat

# Exhibit C – Updated 3184 Wissman Assets

1. $58,668.00 in United States currency seized by the Government from the 3184 Wissman Property on or about March 2, 2023.

2. Miscellaneous electronic equipment seized by the Government from the 3184 Wissman Property on or about March 2, 2023, including the following items:
   1) Rose gold iPhone in red case;
   2) Black Apple iPhone 15 in black Apple case;
   3) White/Gold Apple iPhone in clear Apple case;
   4) Green Apple iPhone 13 in red case;
   5) Black Apple iPhone;
   6) 128GB SanDisk extreme micro-SD card;
   7) Ordo 4K video camera;
   8) 128GB SanDisk memory card;
   9) Apple iPad;
   10) Apple iPhone model A2484 with IMEI 35B22634599687;
   11) MacBook laptop model A2179 with serial number FVFD517UMNHR;
   12) Silver MacBook;
   13) Apple watch;
   14) Phone with red case; and
   15) iPad model 2696

3. Miscellaneous Jewelry seized by the Government from the 3184 Wissman Property on or about March 2, 2023, including the following items:
   1) 14K White Gold 20.5" Diamond Tennis Necklace containing 163 Round Full Cut Diamonds;
   2) 14K Two Tone 19.5" Curb Link Nameplate Necklace "Dezyre";
   3) Michael Kors Stainless Steel Silver Gold Tone "Sofia Pave" Logo Ladies Watch with serial number 251909;
   4) Michael Kors 33mm Stainless Steel Gold Tone "Darci Mini" Ladies Watch with serial number 251501;
   5) One Benzel Busch Black Cardboard Jewelry Box;
   6) 14K White 17" Gold Butterfly Diamond Necklace (7.7mm wide);
   7) 14K White Gold Diamond Pave Cluster Ring;
   8) Broken 10K Yellow Gold 8" Cuban Style Bracelet (5.2mm wide);
   9) Cherry Wood Ring Box with Light;
   10) Stainless Steel "Cartier" Watch 35mm Santos with ref #4075 and serial number 18087AX;
   11) 14K white Gold Diamond Eternity Necklace containing 42 Sections of Round Full Cut and Baguette Diamond;
   12) 18K yellow gold "Rolex" Day Date Diamond Presidential watch 36mm, with serial number 5288804;
   13) 14K white gold 6 tooth top "Grill" piece containing 146 round full cut diamonds;

14) 10K White Gold Diamond "NENA" Nameplate consisting of 241 Round Full Cut diamonds plus Bail;
15) 14K White Gold Diamond 16" Tennis Necklace consisting of 147 Round Full Cut Diamonds;
16) Pair 14K white Gold Cluster Diamond Earrings with Screw Backs;
17) Stainless steel "Rolex" watch 36mm Date just Jubilee Bracelet Band, with serial number 6198890;
18) 14K White Gold 18" Miami Cuban Link Diamond 13mm Necklace;
19) 14K White Gold diamond 1.5" initial "N";
20) 14K White Gold Diamond 18.25" Tennis Necklace;
21) 14K Yellow Gold 24" Flat Curb Chain (8.3mm wide);
22) 14K Yellow Gold Jesus Christ Head with White and Yellow treated Round Diamonds in Crown;
23) 14K Yellow Gold Flat Curb Chain 7" Bracelet (8.3mm wide);
24) 10K White Gold 6.5" Tennis Bracelet containing 57 Rd Full Cut Diamonds;
25) 14K White Gold 7" Tennis Bracelet containing 44 Round Full Cut Diamonds;
26) 14K Two Tone White and Rose Gold Diamond 10.5mm Band containing 80 Round Full Cut Diamonds;
27) Pair of 14K Rd Full Cut Diamond Cluster Earrings;
28) 14K White Gold Round and Baguette Diamond Bracelet;
29) 10K Yellow Gold 1.25" Nameplate "Crystal" on a 20" Yellow Gold Chain;
30) Pair of 14K Yellow and White Diamond Invisible Set Earrings;
31) 10K White Gold Diamond Ring (8.6mm wide);
32) 14K White Gold Diamond Ring containing 65 Round Full Cut Diamonds;
33) 14K White Gold Diamond Earrings;
34) 14K White Gold Diamond Wide Band;
35) 14K White Gold Diamond Stud Earrings in a Martini Setting; and
36) 10K Yellow Gold "NENA" Ring

4. Miscellaneous luxury clothing, footwear, handbags & accessories seized by the Government from the 3184 Wissman Property on or about March 2, 2023, including the following items:
    1) 1 Ugg Butte Brown Leather/Sherpa Mid Winter Boots; Kids; Size 6;
    2) 1 Christian Dior Granville Shearling Espadrille Boots; Navy Velvet Oblique Pattern; Size 37;
    3) 3 Fendi FF Tall Boots; Black Leather; Size 38;
    4) 1 Ugg Neumel Chukka Boots; Pink, Ser No: AWXAXC36XA;
    5) 1 Ugg Classic Short Boots; Chestnut; Brand New with Water Spots Damage;
    6) 1 Kenzo Paris Blue/Navy/Ivory Stripe Pullover Sweater; Size XS;
    7) 1 Palm Angels Black with White Stripes Track Suit Zip Jacket; Men's; Brand New;
    8) 1 A Bathing Ape Shark Full Zip Hoodie with Tags; Red/Navy; Size Small; Brand New, Ser No: 23-4993 MCLT;
    9) 1 Kenzo Paris Men's Classic Eye Embroidered Icon Crewneck Sweatshirt with Tags; Size XS; Brand New;

10) 1 Amiri Women's Embroidered Hoodie; Pink;
11) 1 Purple Relic Zippered Hoodie; Size XS, Ser No: Lot #FW2101TOP;
12) 1 Off-White Airport Tape Arrow Slim Hoodie; Black;
13) 1 Off-White Crewneck Sweatshirt; Men's; Size XS; Stained;
14) 1 Kenzo Embroidered Tiger Crewneck Sweatshirt; Size Large; Stained;
15) 1 A Bathing Ape x OVO Woodland Camo Shark Reversible Full Zip Hoodie; Red;
16) 1 Palm Angels Teddy Bear Hoodie; Lavender; Stained;
17) 1 A Bathing Ape Hoodie; Pink/Red Camo; Size Small, Ser No: 001PPH301013X;
18) 1 Alexander McQueen Crewneck; Size 36; Stained;
19) 1 A Bathing Ape Camo Zip Hoodie; Red; Size Small; Stained;
20) 1 Amiri Black & White Logo Hoodie; Size XS, Ser No: RN 150712;
21) 1 Balmain Paris Black & White Logo Crewneck Sweatshirt; Size Small; Brand New, Ser No: JQ005B115;
22) 1 Kenzo Classic Eye Embroidered Crewneck with Tags; Size Large; Brand New;
23) 1 Moncler Ginette Logo Appliqued Glossed Rubber Rain Boots with Dust Bag; Black; Size 36; Brand New;
24) 1 Moncler Rain Boots with Dust bag; Lace; Black;
25) 1 Christian Dior Walk N' Dior Embroidered Low Top Sneakers with Dust bag; Cornflower Blue; Size 37; Li, Ser No: LS0821;
26) 1 Versace Trigreca Lace Up Sneakers with Dust bag; White; Size 37.5; Brand New;
27) 1 Gucci GG Supreme Canvas & Leather Botties with Dust bags; Size 37.5; Brand New, Ser No: 659691;
28) 1 Burberry Leather Check Boots with Dust bag; Black; Size 37.5; Like New;
29) 1 Christian Dior Walk N' Dior Low Top Sneakers with Dust bag; Size 37.5; Like New, Ser No: NE 0922;
30) Burberry Brown Eyeglass Case & Dior Black Eyeglass Case;
31) 1 Adidas Yeezy Boost 350 V2 "Clay" with three tone vent; Size 5, Ser No: ART #EG7490;
32) 1 Adidas Yeezy Boost 350 V2 "Earth"; Size 6, Ser No: ART #FX9033;
33) 1 Adidas Yeezy Boost 350 V2 "Desert Sage"; Men's; Size 5.5, Ser No: ART #FX9035;
34) 1 Adidas Yeezy Boost 350 V2 "Zebra"; Men's; Size 5.5, Ser No: ART #CP9654;
35) 1 Adidas Yeezy Boost 350 V2 "Ash Pearl"; Men's; Size 5.5, Ser No: ART #GY7658;
36) 1 Adidas Yeezy Boost 350 V2 "Beluga Reflective"; Men's; Size 6, Ser No: ART #GW1229;
37) 1 Adidas Yeezy Boost 350 V2 "Bred"; Black/Red; Size 6, Ser No: ART #CP9652;
38) 1 Balenciaga Track 2 Chunky Sneakers; Women's; Size 8; White/Silver Tongue;
39) 1 Balenciaga Track Chunky Sneakers; Women's; Light Blue; Size 8;
40) 1 Balenciaga Track Sneaker; Women's; Green/Navy; Size 7;
41) 1 Kenzo Green Pullover Hoodie with Embroidered Tiger; Size XS; Brand New, Ser No: FA65SW3104XJ;

42) 1 Moncler Zip Hoodie, Ser No: G29548M75520809B4;
43) 1 Purple Sweatpants; Black;, Ser No: RN 152320 CA0 3395;
44) 1 Purple Sweatpants; Grey;
45) 1 Amiri Drawstring "MA Logo" Sweatpants; Black;
46) 1 Palm Angels Track Pants; Black; Brand New, Ser No: PM CJ005C99FAB001;
47) 1 Moncler Sweatpants; Black, Ser No: RN16347;
48) 1 Off-White Oversized Tape Arrows Short Sleeve T-shirt; Like New;
49) 1 Moncler Sweatshirt; Pink, Ser No: RN116347;
50) 1 Off-White T-shirt;
51) 1 Adidas Yeezy Boost 380 Calcite Glow; Size 5.5, Ser No: ART #GZ8668;
52) 1 Adidas Yeezy Boost 380; Alien Blue; Size 6, Ser No: ART #GW0304;
53) 1 Adidas Yeezy 700 V3 Arzareth; Size 5.5, Ser No: ART #G54853;
54) 1 Adidas Yeezy 3 Safflower, Ser No: ART #G54853;
55) 1 Adidas Yeezy Boost 350 V2 Carbon Black; Size 6, Ser No: ART #FZ5000;
56) 1 Adidas Yeezy Boost 700 Low Wave Runner; Size 5.5; Worn, Ser No: ART #B75571;
57) 1 Adidas Yeezy Boost 350 v2 Zyon; Size 5, Ser No: ART #FZ1267;
58) 1 Adidas Yeezy Boost 700 V2 Cream; Size 5.5, Ser No: CT0856-700;
59) 1 Balenciaga Track White/Pink/Grey Lifestyle Sneakers; Size 8, Ser No: ART #542436;
60) 1 Adidas Yeezy Boost 700 Salt; Light Sage Green Mesh & Suede; Size 5.5, Ser No: ART #EG7487;
61) 1 Nike Air Zoom Spiridon Cage 2 Stussy Fossil Sneakers; Off White/Black; Size 6, Ser No: CQ5486-200;
62) 1 *COUNTERFEIT* Nike Air VaporMax x Off-White Part 2 with Off-White Tag; Size 7, Ser No: AA3831-002;
63) 1 Yves Saint Laurent YSL Sac De Jour Small Black Embossed Shoulder Bag with Dust bag; Lock;
64) 1 Yves Saint Laurent Classic Monogram Wallet Matelasse Chevron Leather Small; Like New;
65) 1 Louis Vuitton Speedy Bandouliere 25; Monogram Empreinte Leather; Lock & Key 677; Brand New, Ser No: M59273;
66) 1 Balenciaga 2 Way Micro Bag Leather White Mini Shoulder Ville Top Handle Bag with Straps; Lock & Key;
67) 1 Balenciaga White Track Trainer Sneakers; Size 38, Ser No: ART #542436;
68) 1 Balenciaga Black Track LED Sneakers; Size 6, Ser No: ART #654866;
69) 1 Balenciaga Track Pink Clear Sole High Top Sneakers; Size 7; Brand New, Ser No: ART #647741;
70) 1 Balenciaga White/Pink/Yellow Track Sneakers; Size 7; Brand New, Ser No: ART #568615;
71) 1 Balenciaga Speed Knit Sock Sneakers; Black; Size 7;
72) 1 Balenciaga Craquele High Top Black Crackled Patent Leather Sneakers; Size 38, Ser No: ART #433296;
73) 1 Balenciaga Speed Graffiti Knit High Top Sock Sneakers; Size 6;
74) 1 Moschino Couture Sneakers; Size 37; No Inner Soles;

75) 1 Burberry Arthur Vintage Check Low Top Sneakers; Size 37; Like New, Ser No: ITLE0SH0SCAS;
76) 1 Off-White Black Sneaker; Size 37, Ser No: ODSY-1000;
77) 1 Christian Louboutin Men's Sneakers with Spike Accents & Crystal Embellishments with Dust bag & Extra;
78) 1 Palm Angels White Teddy Bear Low Top Sneakers; Leather; Size 37; Brand New;
79) 1 Burberry Beige Check Regis Sneakers Unisex Limited Version; Size 37.5;
80) 1 Christian Dior B22 Casual Low Top Mesh/ Leather Sneakers; Men's; Black/Gray Reflective, Ser No: LS1121;
81) 1 Christian Dior B22 Casual Low Top Mesh/ Leather Sneakers; Men's; Size 8; Khaki Orange; Like New, Ser No: LS0621;
82) 1 Amiri Skeleton High Top Leather Sneakers with Extra Laces; White Pink; Women's; Brand New;
83) 1 MCM Logo Hobo Bag;
84) 1 MCM Hard shell Eyeglass Case; Cognac;
85) 1 MCM Embossed Large Zip Wallet;
86) 1 Supreme Beanie; White;
87) 1 Off-White Wool Hand Off Beanie; Black with Tags; Brand New;
88) 1 Louis Vuitton Runaway Line; LV Circle Logo Monogram; Size 37.5; Brand New, Ser No: VL 0271;
89) 1 Louis Vuitton PF Customizable Sarah Wallet with Dust bag; D.B. Initials; Brand New, Ser No: N63209;
90) 1 Moncler Berretto Logo Patch Adjustable Baseball Cap Hat; Brand New;
91) 1 Gucci GG Monogram Web Stripe Canvas Baseball Cap; Brand New, Ser No: 200035KQWBG;
92) Chanel Quilted Leather Sunglass and One Eyeglass Matelasse Case;
93) 1 Balenciaga Wallet Leather; Black;
94) 1 Adidas Yeezy Boost 350 V2; Ash Stone: Like New, Ser No: ART #GW0089;
95) 1 Louis Vuitton LV Monogram Porte Monnaie Zip Around Long Wallet;
96) 1 Alexander McQueen Olive Sweatpants; Size 36;
97) 1 Comme Des Garcons CDG Gift Play Heart Eye Logo T-shirt; Black;
98) 1 Burberry Vintage Check Pattern Beige Swimsuit with Tags; Size Small; Brand New;
99) 1 Comme Des Garcons CDG Play White Heart Logo T-shirt; Men's; Black;
100) 1 Kenzo T-shirt; Black; Size Medium;
101) 1 Kenzo Classic Graphic Tiger Print Short Sleeve T-shirt; Red; Men's;
102) 1 Off-White Pants Do; Size 40 with Tags; Brand New, Ser No: OWCA112R21FAB001/1000;
103) 1 Amiri Bones Hoodie; Size Small;
104) 1 Palm Angels Light Wash Regular 5 Pocket Light Blue Jeans with Tags; "Jeans Do"; Brand New, Ser No: PWYA013F21DEN0014001;
105) 1 Ksubi Jeans; Gray; 27";
106) 1 Amiri AM Paint Drip Jeans; Size 28;
107) 1 Ksubi Jeans; Black; 26"; Women's;

108) 1 Ksubi Spray On True Vintage Jeans; Size 27; Women's, Ser No: R/N 150730;
109) 1 Ksubi Jeans; Black; Size 27, Ser No: RN150730;
110) 1 Chrome Hearts Long Sleeve T-shirt; Size Small;
111) 1 Kenzo Paris Short Sleeve Tiger T-shirt; Blue; Men's; Size Medium;
112) 1 Off-White Athleisure Top; Size Small;, Ser No: OWVB025C99KN1001;
113) 1 Kenzo Parise Short Sleeve T-shirt with Black Velvet Tiger with Tags; Black; Brand New, Ser No: K09 206;
114) 1 RTA Long Sleeve T-shirt; Black; Size Small;
115) 1 Burberry London England T-shirt; Size Medium;
116) 1 Burberry Shirt Dress with Check Collar;
117) 1 Kenzo Short Sleeve T-shirt; Blue Gray; Size Small;
118) 1 Balenciaga All Over Logo Knit Crewneck Sweater; Size Small;
119) 1 A Bathing Ape Hoodie; OVO; Black; Size Small;
120) 1 Moose Knuckles Debbie Bomber Jacket; Women's; Size XL, Ser No: PMK2002LB;
121) 1 **COUNTERFEIT** Moncler Black Balaclava;
122) 3 Louis Vuitton Shopping Bags;
123) 1 MCM Visetos Studded Leather Backpack;
124) 1 Nike Air Jordan 6 Retro Carmine Sneakers; White/Red; Men's; Size 11.5, Ser No: CT8529-106;
125) 1 Nike Air Jordan 12 Retro; French Blue; Men's; Size 11, Ser No: 130690-113;
126) 1 Nike Air Jordan 11 Retro; Cherry-White Varsity; Men's; Size 11.5, Ser No: CT8012-116;
127) 1 Puma Rick & Morty Mismatched Green/Red; Men's; Size 12, Ser No: 376682;
128) 1 Moose Knuckles Ballistic Bomber Down Filled Jacket; Hooded; Men's; Size 4XL;
129) 1 Burberry Ankle Boots Heel 70 with Dust bag & Box; Size 39.5; Brand New, Ser No: HC 70 A7626ALF;
130) 1 Adidas Yeezy Boost 380; Infant; Pepper with Box; Size 5K; Brand New, Ser No: FZ4421;
131) 1 Nike Force 1 Triple Winner Sneakers with Box; White; Size 4C, Ser No: CK2201;
132) 1 Jordan 9 Retro TD; White/University Blue/Black Sneakers with Box; Size 4C; Like New;
133) 1 Nike Little Posite One Big Bang; Orange/Dark Grey/Black Sneakers with Box; Size 4C;
134) 1 Nike Air Jordan 1 Crib Bootie NC to Chicago Leather Sneakers; Infant; Black/Blue/Red; Brand New, Ser No: AT 3745-046;
135) 1 Nike Air Jordan 4 Retro "Green Glow" TD Sneakers; Infant; Charcoal Grey/Mint Green/Cement Grey/Black;
136) 1 Nike Air Jordan Sneakers; Infant; Multicolor;

137) 1 Nike Air Jordan Sneakers; Infant; Black; Like New;
138) 1 Nike Air Jordan Sneakers; Infant; Black; Like New;
139) 1 Moncler Puffer Down Jacket; Fur Hood; Size 1;
140) 1 Burberry Chelsea Long Gabardine Trench Coat; Size 4;
141) 1 Christian Louboutin Women's "Version Splash" Heeled Rain Rubber Boots; Black; Size 37;
142) 1 Burberry Small Luxury Classic Check Pattern Title Bag Handbag Purse with Tags, Ser No: 8025269;
143) 1 Gucci Floral Slides;
144) 1 Gucci Stripe Slides;
145) 1 Adidas Yeezy Slides; Size 6;
146) 1 Adidas Yeezy Slides; Size 6, Ser No: ART #GZ5554;
147) 1 Adidas Yeezy Slides; Orange; Size 6, Ser No: ART #GZ0953;
148) 1 Ugg Neumal Chukka Boots; Red Suede Shearling Lined; Size 5, Ser No: 1017320K;
149) 1 MCM Logo Slides; Size 39;
150) 1 Off-White Knit Industrial Long Dress; Black; Knee Length; Size 40, Ser No: OWHI022R21KNI001;
151) 1 American Bazi Los Angeles Cargo Pants; Black; Size Small, Ser No: RN #144725;
152) 1 Anti-Social Social Club Bitter Spider Hoodie; Black; Size Small, Ser No: SS4500P;
153) 1 Ksubi Split Fire Shorts; Elite Blue Denim with Tags; Size 28; Brand New, Ser No: 5000001169;
154) 1 Ksubi Rise N Hi Short Torn Up/Busted with Tags; Bae Blue Denim; Size 29; Brand New, Ser No: 5000000090;
155) 1 Ksubi Racer Short Vintage Nights 6 Flash with Tags; Size 29; Brand New, Ser No: 5000004469;
156) 1 Ksubi Rollin Out Trashed Shorts with Tags; Black Crow; Size 28; Brand New, Ser No: 1000060741;
157) 1 Fear of God Essentials Hoodie & Sweatpants Set with Authentic Tag; Putty; Size XXL, Ser No: RN #090233;
158) 1 **COUNTERFEIT** Palm Angels Dog Hoodie; Black; Brand New;
159) 1 **COUNTERFEIT** Moncler Pawcler Puffy Down Dog Jacket; Black;
160) 1 Amiri Distressed Skinny Fit Paneled Jeans with Tags; Size 30; Deep Classic; Brand New;
161) 1 **COUNTERFEIT** Fendi FF Monogram Designer Dog Hoodie; Black; Brand New;
162) 1 Louis Vuitton Reversible Damier Ebene LV Initial Belt; Brass Buckle; 25mm; Brand New;
163) 1 Yves Saint Laurent YSL Black Logo Belt; Size 30, Ser No: GRZ634437;
164) 1 Gucci Leather Belt with Double G Brass Buckle; Black; Men's; Size 34;
165) 1 Gucci Double GG Marmont Belt with Dust bag; Beige GG Supreme & White Leather; Brass Buckle; Size 34;, Ser No: 400593 AP00T;

166) 1 Louis Vuitton LV Initials Reversible Belt Monogram Canvas; Medium Belt; 80/32; Brand New, Ser No: JJ4251;
167) 1 Hermes Reversible Leather Belt; Black/Orange; H Logo Buckle; Men's, Ser No: BM 490;
168) 1 Pink Rectangle Lensed Sunglasses;
169) 1 MCM Women's Brown Lensed Sunglasses, Ser No: 696SL 003;
170) 1 Christian Dior Color Quake 3 Sunglasses; Pink Plastic & Metal; Gold tone Hardware, Ser No: MU1U1 145;
171) 1 Christian Dior D-Major Low Boots with Box & Extra Laces in Pouch; 20X Black & Blue; Size 37.5, Ser No: KC1704VES;
172) 1 Christian Louboutin Leather Boot Mid Calf; Ankle Toggle; Black; Size 37;
173) 2 Christian Louboutin Leather Pumps; White; Size 39.5;
174) 1 Christian Louboutin Mesh Flats; Size 38; Missing Crystals;
175) 1 Christian Louboutin Zip Mid Calf Boots; Black; Size 37.5; New;
176) 1 Nike Air Jordan 4 Retro Union LA; "Guava Ice"; Size 7, Ser No: DC953-800;
177) 1 Nike Off-White x Dunk Low; University Gold Sneakers; Size 7, Ser No: CT0856-700;
178) 1 Nike Off-White x Dunk Low; University Red Sneakers; Size 7, Ser No: CT08656-600;
179) 1 Nike Virgil Abloh Off-White x Dunk Low Sneakers; Size 7, Ser No: DM1602-119;
180) 1 Nike Off-White x Dunk Low Sneakers; Sail Neutral; Size 7, Ser No: DJ0950-101;
181) 1 Adidas Pharrell X NMD Human Race; Inspiration Pack Blue; Orange;, Ser No: ART #EE7579;
182) 1 Adidas Pharrell X NMD Human Race; Solar Pack Orange, Ser No: BB9528;
183) 1 Nike Off-White x Dunk Low Sneakers; Size 7, Ser No: DM1602-112;
184) 1 Nike Off-White x Dunk Low Sneakers; Suede; Size 7, Ser No: DJ0950-111;
185) 1 Black & Red Shoelaces;
186) 1 White Shoelaces;
187) 1 Louis Vuitton Monogram Technical Mesh Frontrow Sneakers with two Dust bags; White, Ser No: MS0251;
188) 1 Christian Dior B22 Sneakers; Size 41; Brand New;
189) 1 Christian Dior B22 Sneakers; Size 40, Ser No: LS0222;
190) 1 Off-White Leather "This' That'" Low Top Sneakers; White; Size 40;
191) 1 Off-White Leather/Orange Arrow Low Top Sneakers; White/Orange; Size 40; Brand New;
192) 1 Adidas Yeezy Boost 700 V2; Vanta; Size 7;
193) 1 Balenciaga Track Runners; Black; Brand New, Ser No: 542023;
194) 1 Balenciaga Speed Sock Sneakers; Royal Blue; Size 6; Like New;

195) 1 Nike Air Jordan 1 Retro High OG; Bubblegum Atmosphere; Size 8.5; Brand New, Ser No: DD9335-641;
196) 1 Nike Air Jordan 4 Retro "What The", Ser No: 408452-146;
197) 1 Nike Air Jordan 5 Retro Off-White x Mid Sail with Extra Shoelaces; Ivory; Brand New, Ser No: DH8565-100;
198) 1 Nike Air Jordan 4 Retro Off-White x Mid Sail; Virgil Abloh; Women's; Cream; Like New, Ser No: CV9388-100;
199) 1 Nike Air Jordan 5 Retro Off-White x Mid Muslin; Size 7, Ser No: CT8480-001;
200) 1 Nike Air Jordan 4 Retro Lightning; Size 7Y, Ser No: 408452-700;
201) 1 Nike Air Jordan 1 Retro High Zoom Sneakers; White/Racer Blue; Size 7; Like New, Ser No: CK 6637-104;
202) 1 Nike Air Jordan 1 Retro High Sneakers; Grey/Crimson; Size 7, Ser No: 555088-018;
203) 1 Nike Jordan 1 Retro High Sneakers; Satin Black Toe; Size 8, Ser No: CD0461-16;
204) 1 Nike Air Jordan 1 Mid Dutch Green AKA High Low Sneakers; Size 8.5; Like New, Ser No: CZ07740300;
205) 1 Nike Air Jordan 1 Retro High Bloodline Sneakers; Size 7Y, Ser No: 575441-062;
206) 1 Nike Air Force 1 Low Sneakers; White GS; Size 6.5Y; Like New, Ser No: DH2920-111;
207) 1 Off-White x Nike Air Jordan 1 Retro High OG Chicago "The Ten" Sneakers; Size 7, Ser No: AA3834-101;
208) 1 Nike Boys Air Jordan 1 Mid Basketball Sneakers; Multi Color Swoosh; Size 7Y, Ser No: 554725-052;
209) 1 Extra Shoelaces; Orange/Green/White; Blue; white;
210) 1 Nike Air Jordan 1 Retro OG High Hyper Royal; Smoke Grey; Like New, Ser No: 555088-402;
211) 1 Amiri Skel Top High Leather Sneakers; Skeleton White/Black with Dust bag & Extra Laces; Like New, Ser No: 1142009-2182001-7912013;
212) 1 Amiri Skel Top High Leather Sneakers; Skeleton White/Grey with Dust bag & Extra Grey Laces; Like New, Ser No: 1142009-2182001-7012013;
213) 1 Amiri Skel Top High Leather Sneakers; Blue White with Dust bag & Extra White Laces; Like New, Ser No: 1142009-2182001-7012013;
214) 1 Nike Air Max Sean Wotherspoon 1/97 Low Top Lace Up Sneakers; Like New, Ser No: AJ4219-400;
215) 1 Nike Air Jordan 1 Retro High Court; Purple/White; GS; Size 7Y, Ser No: 575441-500;
216) 1 Nike Air Jordan 1 Retro High OG UNC to Chicago, Ser No: CD0461-046;
217) 2 Two Pairs of Shoelaces; White & Black with Red Writing;
218) 1 Amiri Dust bag; Amiri;
219) 1 Puma Women's Running System-X Reinvention Sneakers; Peach Bud; Size 8.5, Ser No: ART #370749 06;

220) 1 Nike Air Jordan 11 Retro Low; GS; "Cool Grey"; Size 7Y;
221) 1 Burberry Arthur Chucky Check Sneakers; Size 39;
222) 1 Nike Air Jordan 5 Retro "What The" Sneakers; Rare & Collectible;
223) 1 Burberry Low Top Sneakers with Dust bag; Black;
224) 1 Nike Air Jordan 11 Retro Low Sneakers; White/Bright Citrus; Women's; Size 8.5, Ser No: AH7860139;
225) 1 Gucci GG Supreme Mix Monogram Canvas Sneakers, Ser No: 663681;
226) 1 Gucci Tennis 1977 GG Canvas Sneakers with Dust bags and Extra Laces; Black; Size 6; Brand New;
227) 1 Nike Air 1 Retro OG High Sneakers: "Best Hand in the Game"; Summit White Yellow Ochre; Size 7, Ser No: 555088-109;
228) 1 Nike Jordan 1 Retro x Fragment Design x Travis Scott Low Sneakers with Extra Laces; Blue; Size 7, Ser No: DM7866-140;
229) 1 Nike Dunk Low Pro SB x 'Parra Abstract Art' Sneakers; Size 7; Like New, Ser No: DH7695-600;
230) 1 Nike Air Jordan 1 retro High OG BG Top 3 Sneakers with Extra Laces; Blue/Red/White; Size 7Y, Ser No: 575441026;
231) 1 Nike Air Jordan 1 High Retro "Tokyo Bio Hack"; Size 7, Ser No: 555088-201;
232) 1 Nike Air Jordan 1 Retro High OG; GS; "Shadow 2.0" Sneakers; Size 7Y, Ser No: 575441-035;
233) 1 Nike Air Jordan Retro 1 High OG "Prototype"; Size 7: Like New;
234) 1 Nike Air Jordan 1 Retro High OG GS "Royal Toe" with Extra Laces; Size 7Y, Ser No: 575441-041;
235) 1 Nike Air Jordan 1 Retro OG x Off-White High UNC; Men's; Size 7, Ser No: AQ0818-148;
236) 1 Pair Premium Flat Shoelace Replacement for Air Jordans; Teal & Black;
237) 1 Nike Air Jordan 1 Retro High OG Sneakers; University Blue; Size 7, Ser No: 555088-134;
238) 1 Nike Air Jordan 1 Retro Shattered Backboard Sneakers; Size 7, Ser No: 555088-005
239) 1 Nike Air Jordan 1 Retro High Sneakers; Dark Mocha; Size 7;
240) 1 Moschino Couture Men's N Teddy Bear Sneakers; Multicolor; Black/Blue/Pink; Size 38;
241) 1 Louis Vuitton Damier Graphite Fabric & Leather Top Sneakers with Extra Laces; Size 6; Brand New, Ser No: MS 0241;
242) 1 Nike Air Jordan 1 Mid Sneakers; Multicolor; Size 7Y, Ser No: 554725-125;
243) 1 Nike Air Jordan 1 Retro OG High Sneakers; Turbo Green; Men's; Size 7, Ser No: 555088-311;
244) 1 Nike Air Jordan 1 Retro Sneakers; Crimson Tint; Size 7Y, Ser No: 575441-081;
245) 1 Adidas Yeezy Boost 350 V2 Yecheil Non-Reflective; Men's; Size 7; Like New, Ser No: FW5190;

246) 1 Adidas Yeezy 700 Volume 3; Kyanite; No Inner Sole; Like New, Ser No: GY0260;
247) 1 Adidas Yeezy 700 V3; Safflower; Size 7.5; Like New, Ser No: G54853;
248) 1 Adidas Yeezy Boost 200 V2; Hospital Blue; Size 7; Like New, Ser No: FV8424;
249) 1 Adidas Yeezy Boost 380; Peeper; Size 7; No Inner Sole, Ser No: FZ1269;
250) 1 Ugg Kids Highland Hi Heritage Sneaker; Size 6Y; Chestnut Dive, Ser No: 1134550K;
251) 1 Adidas Yeezy Boost 700 Analog; Men's, Ser No: EG7596;
252) 1 Adidas Yeezy Boost 700 1; Inertia; Size 7; Like New;
253) 1 Adidas Yeezy Slides; Glow Green; Size 8, Ser No: GX6138;
254) 1 Robin's Jeans Marilyn; Skinny Jeans; Size 26, Ser No: R8072GLD;
255) 1 Purple Sweatpants History Joggers; Size XS; Brand New, Ser No: PS2201TOP;
256) 1 Robin's Jeans; Super Marilyn; Size 27, Ser No: SPAC8605;
257) 1 Robin's Jean; Long Flap; Size 25, Ser No: SPAC8369;
258) 1 True Religion Jeans; Straight; Size 26, Ser No: 112790;
259) 1 Palm Angels Classic Trackpants with Tags; Navy; Size Small; Brand New, Ser No: PWCA035F21FAB003;
260) 1 Palm Angels Track Pants; Red; Size Small, Ser No: PWCJ005C99FAB001;
261) 1 Chrome Hearts PPO PHYSM HD Pullover Graphic Hoodie; Purple; Size Small;
262) 1 Off-White C/O Virgil Abloh Main Label Pullover Hoodie; Black; Size XS, Ser No: OMBB034S20E30004;
263) 1 Amiri Angel Hoodie; Black; Size XS;
264) 1 Snake Galaxy Bomber Jacket 23; Size XS;
265) 1 Amiri "Playboy" Hoodie; Black; Size XS;
266) 1 Amiri Hoodie; Black; Size XS;
267) 1 Amiri Bones Logo Print Hoodie; Black; "Hollywood, CA";
268) 1 Wealth Club Studios Champion Lettermen Jacket;
269) 1 Moncler Hooded Grosgrain Trimmed Quilted Down Ski Jacket;
270) 1 Burberry Nova Check Down Puffer Jacket, Ser No: CNALLAS18GUA;
271) 1 Canada Goose "Purple" Jacket with Fur Trim Hood;
272) 1 Mackage Dixon BX Down Bomber Jacket with Blue Fox Fur Trim Hood with Tags; Size 36; Brand New;
273) 1 Adidas Yeezy Boost 350 V2 Low Sneakers; Dazzling Blue/Black; Size 7, Ser No: APC 11001;
274) 1 Balenciaga Speed Trainer Socks Sneakers; Women's; Black/White/Pink; Size 9;
275) 1 Nike Air Jordan 1 Retro High OG Sneakers with Extra White/Black Laces; GS; Size 7Y; Blue/Black; Mint, Ser No: 575441-404;
276) 1 Adidas Yeezy Boost 350 V2 Sneakers; White; Size 7.5, Ser No: ART #HQ6316;

277) 1 Adidas Original Yeezy Boost 350 V2; Beluga RF; Men's; Size 7.5; Like New, Ser No: ART #GW1229;
278) 1 Nike Aire Force One Mild Utility Sneakers; University Red; Size 6.5Y, Ser No: AV3803-600;
279) 1 Adidas Yeezy Boost 350 V2 Sneakers; Blue Tint; Size 7.5, Ser No: ART #B37571;
280) 1 Adidas Yeezy Boost 350 V2; MX Oat; Men's; Size 7; No Inner Soles, Ser No: ART #GW3773;
281) 1 Nike Air Jordan 1 Mid GS Sneakers; "Shattered Blackboard"; Size 6.5Y; Men's; Mint Condition, Ser No: 554725-058;
282) 1 Nike Air Jordan 10 X Retro GS Sneakers; Olympians Red/Blue/White; Size 6.5, Ser No: 310806-160;
283) 1 Nike Air Jordan 11 Retro Low IE BG Low Sneakers; Gym Red; Size 7; Mint Condition, Ser No: 919713-101;
284) 1 Nike Air Jordan 4 Retro x Union LA Mid Sneakers; Off Noir; Men's; Size 7, Ser No: DC9533-001;
285) 1 Nike Air Jordan 12 Retro Sneakers; White/Dark Grey; Size 7Y, Ser No: 153265-160;
286) 1 Nike Air Jordan 1 Sneakers; Pine Green 2.0; Size 7, Ser No: 555088-030;
287) 1 Puma RS-X Hard Drive Jr'; White/Risk/Red/Blue; Size 7; Mint Condition, Ser No: 370644-03;
288) 1 Nike Air Force 1 Low Sneakers; "Off White/Black/White"; Size 7; Mint Condition, Ser No: AO4606-001;
289) 1 Nike Air VaporMax Flyknit 3 Sneakers; Diffused Blue; Size 7Y; Mint Condition, Ser No: BQ5238;
290) 1 Adidas Yeezy Boost 350 V2 Sneakers; GID Glow; Size 7.5, Ser No: ART #EG5293;
291) 1 Adidas Yeezy Sneakers; White;
292) 1 Adidas Yeezy Boost 350 V2 Sneakers; Carbon Black; Like New, Ser No: ART #FZ5000;
293) 1 Adidas Yeezy Boost 350 V2 Sneakers; "Tail Light"; Red/Grey; Size 7; Like New;
294) 1 Moncler Emilien Trainers Leather Low Sneakers; Black;
295) 1 Adidas Yeezy Boost 350 V2 Sneakers; Core; Black/Red; Size 7; No Inner Soles, Ser No: CP9652;
296) 1 Christian Louboutin Lace Up Sneakers; Blue; Size 38.5; Brand New;
297) 1 Christian Louboutin Cinestripe Reflective Sneakers; Size 38.5; Brand New;
298) 1 Christian Louboutin Multicolor Sneakers; Size 39; Brand New;
299) 1 Adidas Yeezy Boost 700 Sneakers; Size 7, Ser No: ART #FW2498;
300) 1 Adidas Yeezy Boost 350 V2 Sneakers; Linen, Ser No: ART #FY5158;
301) 1 Christian Dior Dior B23 League High Top Sneakers with Dust bag & Extra Laces; White & Navy Oblique, Ser No: 3SH118YNT_H568;

302) 1 Christian Dior Walk N Dior High Top Sneakers with Dust bag & Extra Laces; Deep Blue Dior Oblique;
303) 1 Nike Dunk Low SE (GS) Sneakers with Box; Sail Multi Camo; Vintage Green; Size 7Y; Mint Condition, Ser No: DB1909-100;
304) 1 Balenciaga All Over Logo Triple S Sneakers with Box; White; Size 40; Brand New, Ser No: NMS21 N7JUV;
305) 1 Adidas Yeezy Foam RNR MX Carbon with Box; Creamy Clay; Men's; Size 8; Brand New, Ser No: GX8774;
306) 1 Adidas Yeezy Slides; "Pure"; First Release; Size 8, Ser No: GZ5554;
307) 1 Off-White Industrial Pool Slides; Black; Men's; Size 40; Mint Condition;
308) 1 MCM Slides; Black; Size 40;
309) 1 Adidas Yeezy Slides; "Enflame Orange"; Size 8, Ser No: ART # GZ0953;
310) 1 Adidas Yeezy Slides; "Onyx"; Size 8;
311) 1 Empty Box & Tag to a pair of Slides;
312) 1 Gucci Slides; "72 Rubber Black Pursuit";
313) 1 Burberry Check Cotton Baseball Cap; Like New, Ser No: BURW01W;
314) 1 Nike Neon Yellow Gold Cap, Ser No: RN 56323;
315) 1 Gucci Canvas GG Monogram Bucket Hat; Pink; Like New, Ser No: 6565733HAD0;
316) 1 Nike Golf Cap; Orange, Ser No: RN56323 CA05553;
317) 1 Nike Neon Yellow Golf Cap; New;
318) 1 Gucci GG Guccissima Baseball Cap Hat; Black, Ser No: 2000 35KQWBQ;
319) 1 Off-White Bucket Hat; Black, Ser No: CLG900714419667;
320) 1 Palm Angels Embroidered Logo Bucket Fishing Hat; Like New, Ser No: PWLA 005F21 FAB002;
321) 1 Gucci Multicolor GG Canvas Backpack;
322) 1 Chrome Hearts Hollywood Trucker Hat; Black/White; Like New, Ser No: RN 97729;
323) 1 Chrome Hearts x Matty Boy Sex Records Link Trucker Hat; "Yellow"; Like New, Ser No: RN 97729;
324) 1 Chrome Hearts Hollywood Trucker Hat; Pink; Like New;
325) 1 Balenciaga Everyday Belt Pack Waist Bag; Brand New, Ser No: 552375 DLQ4N;
326) 1 Ralph Lauren Teddy Bear Hat; Black;
327) 1 Moncler Knit Logo Cap; Black, Ser No: RN 116347;
328) 1 Louis Vuitton Damien Sling Bag Crossbody; Onyx; Men's; Brand New, Ser No: N41720;
329) 1 MCM Tricolor Backpack, Ser No: 11282011;
330) 1 Gucci Off The Grid GG Crossbody Belt Bag; Black; Men's; Zip Closure, Ser No: B03291944;
331) 1 Gucci Small GG Supreme Canvas Crossbody Messenger Bag; Black; Like New, Ser No: A0B6125982;

332) 1 Adidas Yeezy Foam Runner; Grey/Yellow/Carbon; Size 8;
333) 1 Adidas Yeezy Foam Runner; "MX Sand Grey"; Size 8; Brand New, Ser No: ART #GY3939;
334) 1 Adidas Yeezy Foam Runner; "Ochre"; Size 8; Brand New, Ser No: ART #GW3354;
335) 1 Ugg Neumel Chukka Boots; Orange Suede Sherpa; Size 8, Ser No: 1094269;
336) 1 Ugg Adirondack Shearling Lined Snow Boots; Blue; Size 6; Brand New, Ser No: 1103471K;
337) 1 Ugg Adirondack Shearling Lined Snow Boots; Black; Size 6; Brand New, Ser No: 1098890K;
338) 1 Ugg Snow Boots; Size 7, Ser No: 1120979;
339) 1 Adidas Yeezy Boost 700 Sneakers; "Wave Runner"; Size 7;
340) 1 B.B. Simon Swarovski Crystal Italian Leather Belt/Buckle; Blue Fire; 41”, Ser No: 2617
341) 1 Hermes Reversible Belt; White/Navy; 42"; Like New, Ser No: AC326;
342) 1 Ferragamo Belt; Black; 38", Ser No: GV-679673;
343) 1 B.B. Simon Belt/Buckle; 34", Ser No: 2617;
344) 1 B.B. Simon Belt/Buckle; Black; 34", Ser No: 380;
345) 1 MCM Reversible Belt; White; Gold tone Hardware Buckle; 39#;
346) 1 Louis Vuitton Sanger LV Initial Reversible 40mm; Black Belt/Gold tone Buckle; 41", Ser No: M9151;
347) 1 Christian Dior Oblique Jacquard Logo Buckle Reversible Belt, Ser No: 23-MA-120130;
348) 1 MCM Reversible Belt; Black;
349) 1 B.B. Simon Belt; Hematite, Ser No: 2617;
350) 1 B.B. Simon Belt; Red, Ser No: 2617;
351) 1 Amiri Logo Belt; Black; Brand New;
352) 1 Louis Vuitton Monogram LV Initials Logo Reversible Belt; Brand New, Ser No: M0158;
353) 1 Sunglass Leather Case Holder; Glass Broken;
354) 1 Gucci Sunglasses; Black, Ser No: GG4232;
355) 1 Gucci Sunglasses; Broken, Ser No: GG3645-S;
356) 1 Louis Vuitton LV Waimea Sunglasses; Black, Ser No: Z1583W93L;
357) 1 Christian Dior Sunglasses, Ser No: 10B0355-15 140;
358) 1 Cartier Frameless Sunglasses; Pink/Black; Men's, Ser No: F05F12JF;
359) 1 Cartier Frameless Buffs Mother of Pearl Sunglasses; White/Blue Tint, Ser No: C06F49JU;
360) 1 Cartier Square Rimless Sunglasses;
361) 1 Timberland Junior's 6 inch Premium Waterproof Boots with Box; Black Nubuck; Size 7; Brand New, Ser No: TB-12907;
362) 1 Hunter Original Rain Boots; Short Dazzle; Size 7.5, Ser No: WFS1000RDZ/99LN;
363) 1 Nike Dunk Low Sneakers; " Moon Fossil"; Bone; Size 7.5; Brand New, Ser No: FD0792-001;

364) 1 Nike Dunk Low Sneakers; Michigan 2021; Blue/Yellow; Size 5.5, Ser No: DD1391-700;
365) 1 Nike Dunk Low Sneakers; Retro SP Syracuse; Orange/White; Size 5.5, Ser No: CU1726-101;
366) 1 Nike Dunk Low GS; Michigan State; Green/White; Size 5.5; Brand New, Ser No: CW1590-102;
367) 1 Nike Air Jordan 4 Retro Mid Sneakers; Military Black; Size 6; White/Black, Ser No: DH6927-111;
368) 1 Adidas Pharrell x NMD Human Race Sneakers; Pink, Ser No: ART #GY0088;
369) 1 Adidas Pharrell x Ice Cream NMD Human Race BBC Sneakers; Astronaut Blue; Size 5.5, Ser No: ART #GW3955;
370) 1 Nike Jordan 3 Retro Sneakers; Cardinal Red/White University Gold, Ser No: 398614-126;
371) 1 Nike Air Jordan 3 Retro Sneakers; OG Black Cement; CS Grey, Ser No: 854261-001;
372) 1 Nike Air VaporMax Flyknit 3; White/Black Volt GS (Left Shoe Only), Ser No: BQ5238-100;
373) 1 Adidas NMD Human Race Trail Trail x Pharrell; Equality (Left Shoe Only), Ser No: ART #AC8033;
374) 1 Off-White for Nike Air Jordan 1 High Top Sneakers; Beaverton, Oregon USA c. 1985; Size 6, Ser No: AQ0818-148;
375) 1 Nike Air Jordan 1 Retro High OG Patent Bred Sneakers; Size 5.5Y; GS, Ser No: 575441-063;
376) 1 Nike Air Jordan 1 Retro High OG; UNC Patent; Women's; Size 8; Blue Chill, Ser No: CD0461-401;
377) 1 Nike Air Jordan 1 Retro High OG Sneakers; Fearless; Red; Size 7Y, Ser No: 575441-028;
378) 1 Nike Air Jordan 1 Retro Sneakers; Size 6, Ser No: CK5666-100;
379) 1 Nike Air Jordan 1 Retro High OG Sneakers; Pink/Blue; "Atmosphere", Ser No: DD9335-641;
380) 1 Nike Air Jordan 1 Retro High OG Sneakers; "NC to CHI"; Size 7.5, Ser No: CD0461-046;
381) 1 Nike Air Jordan Sneakers; Size 5.5Y, Ser No: 575441-134;
382) 1 Nike Air Jordan 1 Retro High OG Sneakers; Size 6Y; Like New, Ser No: 57441-041;
383) 1 Nike Jordan 1 Retro High OG Sneakers; Pollen; Size 5Y; Brand New, Ser No: 575441-701;
384) 1 Nike Jordan 11 Retro Sneakers; Cool Grey/White; Size 5.5Y: Brand New, Ser No: 378038-005;
385) 1 Nike Air Force 1 Low Sneakers; '07 QS 'Motorsport' Racing; Size 6, Ser No: AH8462-004;
386) 1 Nike Air Jordan 1 Retro High OG Sneakers; Gold Toe, Ser No: 861428-007;

387) 1 Nike Air Terra Humana 18 Sneakers; Blue; Size 6, Ser No: A01545-100;
388) 1 Nike Air Jordan 9 Retro Sneakers; University Blue/Black, Ser No: 302359-140;
389) 1 Nike React Presto Sneakers; "Beach Day"; Black/Teal Tint Cyber; size 5Y; Women's; Like New, Ser No: CJ7690-001;
390) 1 Nike Dunk Low Retro Sneakers; Kentucky Blue/White; Size 5; No Inner Soles, Ser No: CU1726-100;
391) 1 Nike Air Max 97 GS; Black/Chile Red; Size 5.5Y; Like New, Ser No: 921522-023;
392) 1 Nike Jordan 4 Retro x Off-White Collaboration Sneakers; Sail; Size 8.5, Ser No: CV9388-100;
393) 1 Nike Air Max 97 Summer Pack G5; Blue Fury; Size 6Y, Ser No: CK0052-400;
394) 1 Nike Air Max Correlate Sneakers; White/Black/New Green/Bright Mango; Women's; Size 7, Ser No: 511417-136;
395) 1 Nike Air Max '95 GS Sneakers; Solar Red/White/Blue; Size 6Y, Ser No: 905348-103;
396) 1 Nike Air Max 97 Sneakers; White/Metallic Silver; GS; Size 6Y, Ser No: 921522-104;
397) 1 Adidas Pharrell x NMD Human Race Sneakers; White; 2020; Size 5.5Y, Ser No: GY0092;
398) 1 Nike Air Jordan Retro 6 GS; Bordeaux; Size 6Y, Ser No: 384665-063;
399) 1 Nike Air Max 200; Mystic Green; Women's; Size 8, Ser No: AT6175-300;
400) 1 Nike Air VaporMax Flyknit Sneakers; Crimson Flash; Unisex; Size 5.5Y; Brand New, Ser No: BQ5238-601;
401) 1 Nike Air Jordan 4 Retro Sneakers; Fire Red/White Cement; GS; Size 6Y; OG, Ser No: 408452-160;
402) 1 Nike Air Max VaporMax 97 Sneakers; University Red; Size 6Y;
403) 1 Nike VaporMax Sneakers; Psychic Pink; Women's; Size 7; Brand New, Ser No: AR6632-600;
404) 1 Nike Air VaporMax 360 Sneakers; Magic Ember; Women's; Size 7; Blue Void Custom; Brand New, Ser No: CK2719-400;
405) 1 G by Guess Signature Print Sneakers, Ser No: GFJAMYLIN4;
406) 1 G by Guess GBG Los Angeles Oking Quilted Detail Brand Logo Sneakers; Women's;
407) 1 Nike Air VaporMax Flyknit 3 GS Sneakers; Youth; Black/Gold, Ser No: BQ5238-004;
408) 1 Nike Air Max 98 Premium Sneakers; Martin Multicolor, Ser No: CI1901-023;
409) 2 Chrome Hearts Scroll Label Arm Print T-shirts; Black; Long Sleeve; Size Small;
410) 1 Gucci GG Marmont Card Case; Women's; Black; Like New, Ser No: 443129-493025;

411) 1 Burberry Sandon Check Card Case Wallet with Dust bag & Tags; Archive Beige; Brand New;
412) 1 Robin's Skinny Cargo Jeans with Embellished Studded Pockets; Size 30; Like New, Ser No: SP80245;
413) 1 Robin's Jeans Long Flap Wings with Rhinestone Embellishments; Size 26; Like New, Ser No: SPAC8369;
414) 1 Off-White 3rd Line Crewneck Sweatshirt;
415) 1 Balmain Crewneck Sweatshirt; Black; Size 38, Ser No: 146908;
416) 1 crewneck Sweatshirt; Black; Put Away Your Blessing; Slightly New;
417) 1 Embroidered GOAT Hoodie; Size Small; Gray;
418) 1 Off-White Virgil Abloh Hoodie; Royal Blue; Men's; Size XXS; Adam 15; Like New, Ser No: OMBB0371FLE;
419) 1 Moncler Padded Wool Cardigan Zip Up with Puffer Body Jacket; Black;
420) 1 Palm Angels Teddy Bear Hoodie; Size XS; Like New, Ser No: PMBBO58F21FLE007;
421) 1 Purple Y Inc 3000 Zip Up Hoodie; Charcoal Gray; Size XS; Like New, Ser No: RN 152320 CA83395;
422) 1 Anti-Social Social Club Mind Games Hoodie; Royal Blue;
423) 1 Off-White Virgil Abloh Spring/Summer 2021 Logo Lettering Embroidered Patches Varsity Bomber Jacket;
424) 1 Balenciaga Classic Track Jacket; Black;
425) 1 Milano Pull Over Hoodie; Like New;
426) 1 ParaJumpers/PJS Fleece; Size Small;
427) 1 A Bathing Ape Camo Shark Reversible OVO Full Zip Hoodie; Like New;
428) 1 Off-White Diagram Helvetica Logo Crewneck Sweatshirt; Orange; Brand New, Ser No: OMBA025F21FLE002;
429) 1 Off-White Long Sleeve Caravaggio Crewneck Sweatshirt, Ser No: OMBA025S21FLE010;
430) 1 Palm Angels Track Jacket; Black;
431) 1 Burberry London England Stripe Panel Crewneck; Like New;
432) 1 Amiri Paisley Applique Logo Joggers; Black;
433) 1 Palm Angels Leaf Print Logo Sports Jacket; Like New;
434) 1 Palm Angels Track Jacket; Red; Size Small;
435) 2 pc Fendi Tuxedo Striped Track Suit; Size 42; Black, Ser No: FAJ098 AGM4;
436) 1 Robin's Jeans Bootcut; Size 27; Long Flap; Grey with Stones, Ser No: B8369;
437) 1 Off-White Sweatshirt; Camouflage; Size XS; Brand New, Ser No: OMVD002120JER002;
438) 1 Amiri Always On Point Black Wool Varsity Jacket; Size 46;
439) 2 pc Amiri Sweatsuit; Black; Size XS; Brand New;
440) 1 Palm Angels Leaf Print Logo Track Suit Pants; Green/Pink; Size Small;
441) 1 Palm Angels Black Track Suit Pants with White Stripes; Men's Size Small; Brand New;

442) 1 All Saints Leather Bomber Jacket; Size 8, Ser No: RN #128793;
443) 1 Burberry Check Tracksuit; Boys; Size XS; Like New;
444) 1 Chrome Hearts Spellout Sweatpants; Black; Size XS, Ser No: 027-059455;
445) 1 Moncler Crepe Logo Tape Trimmed Trackpants; Black; Size Small; Brand New, Ser No: G2 093 8H00012809 LC;
446) 1 Cult of Individuality; Blue Holographic Pants; Rocker Cargo Streetwear;
447) 1 Purple Swimming Trunks; Blue; Size Small, Ser No: RN #152320;
448) 1 Eric Emanuel Floral Multicolored Swim shorts; Size Small;
449) 1 Eric Emanuel Mesh Shorts; Coral; Size Small, Ser No: RN #153696;
450) 1 Eric Emanuel Mesh Shorts; Blue/Yellow; Size Small, Ser No: RN #153696;
451) 1 Eric Emanuel Mesh Sorts; Navy, Ser No: RN #153696;
452) 1 Fear of God Essentials Track Pants; Black; XXS; Brand New;
453) 1 Balmain Slim Jeans; Black Wash; 28, Ser No: 54592053;
454) 1 8&9 Clothing Combat Nylon Pants; Light Pink, Ser No: RN105751;
455) 1 Purple Jeans; Blue Slim Fit Low Rise; Size 28, Ser No: 800080;
456) 1 Purple Corduroy Bleach Splatter; Grey Corduroy Slim Fit Low Rise; Size 28, Ser No: 800080;
457) 1 Purple Blue Cropped Fit Mid Rise; Size 29, Ser No: L1B29;
458) 1 Purple Slim Fit Low Rise Slim Leg; White; Size 28, Ser No: FPWH222;
459) 1 Future Collected Kahlana Barfield High Rise Nylon Track Pants; Red; XXS;
460) 1 Ksubi Jeans; Size 29, Ser No: RN150730;
461) 1 Cult Leather Hip Pack with Thigh Strap; Black;
462) 1 Ksubi Dollar Sign Indigo Jeans;
463) 1 Ksubi Chitch Philly Blue Jeans; Men's, Ser No: RN #150730;
464) 1 Cult of Individuality Punk Super Skinny Stretch Jeans; Men's; 29 x 32, Ser No: 621A2SS04R;
465) 1 Cult of Individuality Punk Super Skinny Stretch Jeans; Men's; 29 x 32, Ser No: 621A2SS04R;
466) 1 Maniere De Voir Cargo Chain Pants; Women's, Ser No: PO NO M1390;
467) 1 Cult of Individuality Punk Super Skinny Jeans; Men's; 29 x 32, Ser No: 621B10-SS04P;
468) 1 Cult of Individuality Punk Super Skinny Jeans; Men's; 29 x 32;
469) 1 Cult of Individuality Punk Super Skinny Jeans; Men's; 29 x 32;
470) 1 Ksubi x Streetwear Light wash Graffiti Jeans;
471) 1 Amiri Angel High End Causal Fashion Personality Blue Jeans; Size 29; Men's, Ser No: 2434;
472) 1 Amiri "Playboy" High End Causal Fashion Personality Jeans; Size 29, Ser No: 150712;
473) 1 Ksubi Jeans; Size 29; Men's, Ser No: 150730;
474) 1 Ksubi Jeans; Van Winkle Slate Scribble Royalty Heroism and the Streets; Grey;, Ser No: 094;
475) 1 Cult of Individuality Jeans; Men's; Size 29, Ser No: 621AO-SS06W;

476) 1 Cult of Individuality Jeans; Rocker Cargo; Size 29; White, Ser No: RN #121236;
477) 1 Amiri Bandana Star Jeans; Black; 29"; Brand New, Ser No: RN #150712;
478) 1 Amiri Jeans; Size 29, Ser No: RN #150712;
479) 1 Ksubi Jeans; 29", Ser No: RN #150730;
480) 1 Ksubi Jeans; 28", Ser No: RN #150730;
481) 1 Ksubi Black with Red Stitching; 28", Ser No: RN #159730;
482) 1 Off-White Virgil Abloh Jeans; 28", Ser No: 948834842252;
483) 1 Ksubi Jeans; 28", Ser No: RN #150730;
484) 1 Amiri Jeans; 29", Ser No: RN #150712;
485) 1 Amiri Jeans; Rhinestones' 29", Ser No: RN #150712;
486) 1 Off-White Jeans; Size 29;
487) 1 Off-White Jeans; R+A; Play/Pause; 28";
488) 1 Off-White Collection Jeans 2013; Black with Yellow Stripe; Size 30;
489) 1 Amiri Jeans; 28", Ser No: 150712;
490) 1 Amiri Jeans, Ser No: 150712;
491) 1 Cult of Individuality Embroidered Web Belt; Black;
492) 1 Supreme Crossbody/ Shoulder Bag; Black;
493) 1 Off-White Yellow Arrow Logo T-Shirt;
494) 1 Off-White Verified Authentic Main Label T-Shirt;
495) 1 Off-White Black T-Shirt;
496) 1 Off-White Pink & Orange Marker Arrows T-Shirt; White;
497) 1 Off-White Virgil Abloh Heart Woman Logo T-Shirt; White;
498) 1 Off-White Painters Hand Off T-Shirt; White; Rubber Tags;
499) 1 Off-White Mona Lisa T-shirt "White"; Men's;
500) 1 Off-White Painted Hands T-shirt; White;
501) 1 Off-White Caravaggio Graphic T-shirt OW - Logo Front; Maxi Arrows Print with Caravaggio Graphic Ba;
502) 1 Off-White Maxi Arrow T-shirt; Pink/Black Marble;
503) 1 Off-White T-shirt; Red;
504) 1 Off-White Painted Hands T-shirt;
505) 1 Off-White Undercover Apple T-shirt;
506) 1 Gucci Shirt Black Mirror Print Long Sleeve T-shirt; XS: Brand New;
507) 1 Supreme Naomi Campbell SS20 Box Logo Long Sleeve T-shirt; Size Small;
508) 1 Supreme Richest Box Logo Long Sleeve T-shirt FW21; Size Small;
509) 2 Kenzo Paris T-shirts;
510) 2 Moncler T-shirts;
511) 1 Givenchy T-shirt; Size 12;
512) One Burberry T-Shirt; Size XXS and One Burberry T-Shirt; Size XS;
513) 1 MCM T-shirt; Size Small;
514) 1 Lacoste Sweatshirt; Brand New;
515) 1 Louis Vuitton LV Escale Printed T-shirt; Size XXS;
516) 1 Louis Vuitton LV Escale Printed T-shirt; Yellow Sleeves; Size XXS;

517) 3 Balmain T-shirts; Sizes 12A, XS & XS;
518) 1 Christian Dior T-shirt;
519) One CDG Play Comme De Garcons Shirt; Red Heart Eyes Logo & One CDG Play Comme De Garcons Shirt;
520) 5 Chrome Hearts Shirts; One XS & Four Small;
521) 2 Pairs of Cult of Individuality Pant's; Men's; Orange; Black; 29 x 31;
522) 1 Ksubi Denim Pants; Size 28;
523) 1 Nike Air Jordan 1 Retro Hugh Sneakers; University Blue/White; GS; Size 7Y, Ser No: 575441-134;
524) 1 Adidas "Human Race" Pharrell x NMD Black; Size 7; Missing Inner Soles, Ser No: GY0093;
525) 1 Nike Air Force 1 Low; White; Triple White; GS; Size 6Y; Like New, Ser No: 314192-117;
526) 1 Nike Air Max 1/97 x Sean Wotherspoon Low Sneakers with Extra Laces & Box; Size 7; Brand New, Ser No: AJ4219-400;
527) 1 Adidas Air Jordan 4 Retro Sneakers; "Midnight Navy"; Size 12, Ser No: DH6927-140;
528) 1 Roberto Cavalli Core 3 Piece Hard shell Luggage Set; Gray Carbon Fiber; 20" Spinner; 24" Spinner; 28", Ser No: GSV026A#363;
529) 1 Chrome Hearts White Long Sleeve Top;
530) 1 Nike Jordan 4 Black Cat Sneakers; Size 7Y, Ser No: 408452-010;
531) 1 Off-White T-Shirt; and
532) 1 Versace White Sunglasses

5. Miscellaneous checks and gift cards seized by the Government from the 3184 Wissman Property on or about March 2, 2023.

6. Kaws family dolls seized by the Government from the 3184 Wissman Property on or about March 2, 2023, including the following items:
    1) 1 Wood Kaws Doll; and
    2) 1 Kaws "21" Family Open Edition Vinyl (Brown/Blue/White/Medicom Toy with Box)

7. Four Bottles of Pills labeled as Biktarvy seized by the Government from the 3184 Wissman Property on or about March 2, 2023.

8. Ace The Jeweler black box with miscellaneous key seized by the Government from the 3184 Wissman Property on or about March 2, 2023.

## Exhibit D – Updated 3186 Wissman Assets

1. $13,889.00 in United States currency seized by the Government from the 3186 Wissman Property on or about March 2, 2023.

2. Miscellaneous electronic equipment seized by the Government from the 3186 Wissman Property on or about March 2, 2023, including the following items:
    1) One silver Apple laptop model number A2338 & EMC number 3578, with charger;
    2) One white Apple iPhone with IMEI: 354829097229519 and charger;
    3) One silver HP Laptop with serial number 8CG9226MX9 and charger;
    4) One Lenovo computer with serial number MJ0CZ56F and charger;
    5) One virtual reality headset; and
    6) One white Apple iPhone with green case and IMEI: 356683112682433

3. Miscellaneous jewelry seized by the Government from the 3186 Wissman Property on or about March 2, 2023, including the following items:
    1) 1 Stainless Steel "Cartier" Ballon Bleu De Watch 42mm, ref #3001, Ser No: W19702RX;
    2) 1 Base Metal Cubic Zirconia Heart;
    3) 1 Replica Base Metal/Cubic Zirconia/Cubic Zirconia Sapphire 2017 Golden Warriors Star Championship Ring;
    4) 1 Ladies Stainless Steel "Rolex" Watch 36mm, Date Just with Jubilee Band with Box, Ser No: 6112705;
    5) 1 Base Metal Yellow Hoop Earrings;
    6) 1 Michael Kors 'X' Ring with CZs Set in Yellow Base Metal; Size 7;
    7) 1 14K Yellow Gold Flat Curb Chain; 8.5mm; 20";
    8) 1 Pair of 10K Screw Backs;
    9) 1 14K Yellow gold flat Curb Bracelet; 6.00mm Wide; 9.5";
    10) 1 14K Yellow Gold Flat Open Link Bracelet; 8mm; 8";
    11) 1 Ladies 14K Yellow Gold Diamond Ring containing 36 Invisibly Set Princess Cut Diamonds;
    12) 1 14K Yellow Gold with Cubic zirconia & Center Yellow Cubic Zirconia;
    13) 1 Black Jewelry Box;
    14) 1 14K White Gold Popcorn Chain; 16.25"; 3.8mm;
    15) 1 14K Rose Gold 0.5 Way around Diamond 8mm Band containing 11 Round Full Cut Graduating Diamonds;
    16) 1 14K White Gold 0.5 Way around Diamond 10mm Ring;
    17) 1 14K White Gold pair of Jumbo Earring Backs;
    18) 1 14K White and Rose Gold 17.25" Diamond Pendant with a 10k broken Cable Chain;
    19) 1 10K White Gold Diamond Cuban Link Bracelet with Diamond Clasp; 10.8mm wide; 7 5/8";
    20) 1 New York Accredited Gemological institute Diamond Appraisal Report for a 14K White Gold Diamond Cuba;

21) 1 14K White Gold 17.25" Cuban Link Diamond 9mm Chain containing 175 links with 9 Round Full Cut Diamond;
22) 1 14K Diamond Link Ring; 10.6mm;
23) 1 14K Yellow Gold Diamond Fashion Ring containing 14 Rd Full Cut Diamonds on Shank;
24) 1 14K white Gold 1.5" Teddy Bear Diamond Pendant;
25) 1 14K White/Rose/Yellow Gold 7.5" Diamond Cluster Bracelet;
26) 1 14K Diamond Hamsa Hand containing 140 RFC diamonds;
27) 1 14K Yellow Gold Diamond Cluster Earrings containing 20 RFC;
28) 1 14K White Gold Diamond Hamsa Hand containing 32 RF;
29) 1 14K White Gold Diamond Earring; 14K Rose Gold Diamond Earring;
30) 1 Large Black Pendant Jewelry Box;
31) 1 Stainless Steel "Rolex" Watch, 36mm Date Just Model #16014, Ser No: 3938796;
32) 1 10K Yellow Gold Round & Baguette Diamond 21" Necklace;
33) 1 10K Rose Gold Diamond Cut Cable Chain with Spring lock;
34) 1 10K Two Tone Rose & White Gold Diamond Cluster Pendant;
35) 1 14K Yellow Gold Rd/Bag Cluster Diamond Earrings;
36) 1 Large Pendant Jewelry Box Black;
37) 1 14K White Gold 1/2 Way Around 3 Row Diamond Band;
38) 1 14K Rose Gold Diamond Cluster Earrings with 10K Rose Gold Earring Backs;
39) 1 10K white gold diamond Bracelet; 7.75";
40) 1 14K Yellow Gold Diamond Ring containing 4 Sections of Baguette/Rd Full Cut Diamond;
41) 1 Pair of 14K White Gold Cluster Diamond Earrings containing 6 Rd Full Cut Diamond;
42) 1 14K Yellow Gold Diamond Necklace; 20"; AN10198;
43) 1 14K White Gold 10" Bracelet with Dangling Dolphins;
44) 1 Black Large Pendant Jewelry Box;
45) 1 14K White Gold Diamond Band; 16mm;
46) 1 2017-2018 Steph Curry Base Metal Replica NBA Championship Ring with CZ Stones;
47) 1 10K White Gold Diamond Miami Cuban Chain; 24"; 11.6mm Wide; Diamond Clasp;
48) 1 10K White Gold Diamond Baguette & Round Diamond Cluster Tennis Necklace; 18";
49) 1 14K White Gold "Miss Right' Nameplate Pendant containing 250 Round Full Cut Diamonds;
50) 1 14K Two Tone Diamond Necklace containing 12 Yellow Sections & 14 White Sections of Round and Baguette;
51) 1 Pair 14K Yellow Gold Cushion Shape Round and Baguette Diamond Earrings with Backs;
52) 1 14K Yellow Gold "Jaylene" Nameplate Ring;
53) 1 14K Yellow Gold Round & Baguette Diamond Pendant containing Double Row of 116 Round Full Cut Diamond; and

54) 1 Plastic/Metal Rhinestone Jewelry Box w/ Camel on Top

4. Miscellaneous luxury clothing, footwear, handbags & accessories seized by the Government from the 3186 Wissman Property on or about March 2, 2023, including the following items:
   1) 1 Christian Louboutin Cabata Spike Detailed Large Tote Bag, Dust Bag, Set of 3 Keys;
   2) 1 Christian Dior Saddle M Canvas Bag with Strap; Blue Dior Oblique Jacquard; Brand New with Tags, Ser No: M0446CTZQ-928U;
   3) 1 Christian Dior B24, Ser No: 95TDD923A130;
   4) 1 Christian Dior Obliques Jacquard Saddle Pouch with Chain; Brand New;
   5) 6 Christian Louboutin Cabata Spike Detailed Medium Tote, White, Dust bag;
   6) 1 Christian Louboutin Leopard Print Cabata Tote with Dust bag;
   7) 1 Christian Louboutin Dust bag;
   8) 1 Balmain Beaded Black Shoulder Strap with Dust Bag;
   9) 1 Balmain Paris Logo Plaque Quilted Black Leather Mini Bag;
   10) 1 Christian Dior B22 Low Top Sneakers Reflective with Dust Bag; Size 39; Men's; Brand New, Ser No: 20HLS39;
   11) 1 Christian Dior B24 Multi Color Lace Up Flat Trainer with Dust Bag; Size 39;
   12) 3 Navy Dior Dust bags;
   13) 1 Chanel Black Quilted Leather Trendy CC Flat Top Handle Bag with Chain with Shoulder Strap & Dust bag;
   14) 1 Louis Vuitton LV Toiletry 26 Pouch Clutch Bag Monogram; Brand New;
   15) 1 Gucci Small Dome Satchel; Top Handle; Top Zipper, Ser No: 8H023163675;
   16) 1 Christian Dior Vintage Monogram Canvas leather Large Sr Satchel Bag with Lock & Key; Stain;
   17) 3 Dior Pouches with Shoe Laces;
   18) 1 Plastic Bag with Shoe Laces;
   19) 1 Dolce & Gabbana Rossi/Nero; High Top; Sorrento Red with Dust bag; Men's; Size 40; Brand New;
   20) 1 Coco Chanel Interlocking CC Logo Low Top Sneakers with Dust bag; Black; Size 39, Ser No: WG35617;
   21) 1 Alexander McQueen Suede Trimmed Leather Exaggerated-Sole Sneakers; White; Size 40; Brand New, Ser No: 553680;
   22) 1 Christian Dior B22 Sneaker; Yellow/White/Brown; Men's; Size 39; Brand New, Ser No: LS0322;
   23) 1 Gucci GG Rhyton Low Top Sneakers with Dust bag & Extra Laces; Beige/White/Pink; Women's, Ser No: 620185-99WF0-4371;
   24) 1 Chanel CC Logo Sneakers; Size 40;
   25) 1 Christian Louboutin Tiketa Slip On Red Sole Runner Sneakers with Dust bag; Black; Size 39.5; Brand;
   26) 3 Gucci Dust bags & 1 Dior Dust Bag;
   27) 1 Gucci Handbag Replacement Straps;
   28) 1 Dior B22 Grey Sneakers with Dust bag & Extra Laces in pouch;
   29) 1 Gucci High Top Sneakers; Size 37.5;

30) 1 Fendi Flow Low Cut Sneakers; Black;
31) 1 Givenchy Trainer Sneakers; Grey/Pink, Ser No: FR 1221 39;
32) 1 Fendi FF Canvas Sneakers;
33) 2 Christian Dior Dust bags;
34) 1 Naturalizer Pumps; Navy;
35) 2 Christian Dior J'Adior Slingback Pumps; Nude Patent; Size 41;
36) 1 Balenciaga Speed Lt Graffiti Knit Sock Trainers with Dust bag; White; Size 7;
37) 1 Christian Louboutin Dolly Pumps with Dust Bag; Nude Patent; Size 40 **COUNTERFEIT**;
38) 1 Christian Louboutin Ankle Boots with Dust bag; Black Croc; Size 39.5;
39) 1 Christian Louboutin Lace Pattern Mesh Accents Pumps with Open Toe with Dust bag & Extra Heels;
40) 1 Christian Louboutin Black Patent Pumps with Dust bag; Size 40;
41) 1 Chanel Black Leather Chain Accent Trim Ankle Boots with Dust bag; Size 39.5, Ser No: AG35391;
42) 1 Call It Spring Snake Print Pumps; Size 9;
43) 1 Christian Louboutin Pasteur Leather Ankle Heel Boots with Dust bag; Size 40.5;
44) 2 Dior Dust bags; White;
45) 1 Balenciaga Sock Sneakers; Vements; Black **COUNTERFEIT**;
46) 1 Christian Louboutin Crossbody bag with Dust bag;
47) 1 Fendi FF Motif Logo Mon Trevor Bucket Bag with Dust bag; Fendi Roma Strap;
48) 1 Christian Louboutin Kate 100 Neon Fluorescent Orange Patent Pumps with Dust bag; Size 40.5;
49) 1 Style & Co. Light Brown Boot; Size 8.5W;
50) 1 Charter Club Forest Green Boots; Size 9M;
51) 1 Valentino Garavani V Logo Brown Leather Boots with Dust bag; Size 40; Brand New;
52) 1 Yves Saint Laurent Niki Sac Crossbody Bag with Gold Chain Shoulder Strap; Vintage Leather;
53) 1 Yves Saint Laurent Sac MNG NIKI Chain Crossbody Shoulder Bag with Dust bag; Brand New;
54) 1 Balenciaga Black Sock Sneakers; Size 8;
55) 1 Christian Louboutin Dolly 100 Pink Patent Leather Pumps with 2 Dust bags; Size 40.5; Brand New;
56) 1 Christian Louboutin Brown Short Boots; Size 40; Brand New;
57) 1 Balenciaga Speed 2.0 Stretch Round Toe Pull On High Top Sneakers with Dust bag; Women's; Size 8;
58) 1 Valentino Garavani V Logo Signature Black Pumps with 2 Dust bags & Extra Heel caps; Size 40;
59) 1 Christian Louboutin Aquamarine Blue Boot with Dust bag; Size 39.5;
60) 1 Alfani Step Flex Black Pumps; Size 9.5;
61) 1 Chanel Espadrilles Slip On Sneakers with Dust bag; Tan & Black;

62) 1 Louis Vuitton Monogram Knit Fabric Silhouette Ankle Boots with LV Logo Heels & Dust bag; Black;
63) 3 Chanel Dust bags;
64) 2 Set of Black Heel Caps & Set of Tan Heel Caps in Pouch;
65) 1 Yves Saint Laurent Sac MNG Niki M Bag;
66) 1 Red Leather Heeled Low Boots;
67) 1 Burberry Check Leather Heel Boots/ Pryle Equestrian Horse Check Ankle Boots;
68) 1 Red Leather High Wooden Heel Ankle Boots with Zipper;
69) 1 Celine Paris Black Leather Short Boots;
70) 1 Balenciaga Speed Sock Sneaker;
71) 1 Chanel Black Classic Espadrilles;
72) 1 NIB Burberry Aubri Vintage Check Kitten Heel Pump Shoe;
73) 1 Christian Dior Dio (R)evolution Sandal Slides with Dust Bag; Camouflage Nude Nylon, Ser No: MT 1120 41;
74) 1 Louis Vuitton Velvet Logo Mid Calf Boot; Green; Size 40, Ser No: BR0252;
75) 1 Acrylic Fur Headband Grey; Adjustable; Stain;
76) 1 Gucci Slides;
77) 1 Gucci Web Slides **COUNTERFEIT**;
78) 1 Christian Dior Dway Slides with Dust bag; Deep Blue Embroidered Cotton; Size 41;
79) 1 Christian Dior Vintage Floral Multicolor Saddle Bag; Brand New, Ser No: JPP44001/29;
80) 1 Christian Louboutin Red Loubi Flip Spikes; Size 41;
81) 1 MCM Tote Purse with Dust bag; Black;
82) 1 Burberry TB Monogram Flap Dusty Sand Soft Fawn Plaid Leather Trim Crossbody Bag with Dust Bag: Brand;
83) 1 Christian Dior Dio (R)evolution Navy Camo Fabric Slide Sandals with Dust bag, Ser No: MT 1220 40;
84) 4 Shoe Insoles with Dior Dust bags;
85) 1 Burberry Black Leather Satchel;
86) 1 Off-White Mini Jitney Soft Binder Tote Bag with Dust bag; Black/Orange; Signature Arrows Motif; Bran;
87) 2 Gucci Dust bags;
88) 1 Chanel Chance Eau De Toilette Signature Box; New;
89) 1 Nike Air Vapor Max; Black; No Inner Sole;
90) 1 Nike Off-White Air 97 Menta Sneakers; Gray; Size 7, Ser No: AJ4585-101;
91) 1 Nike Air Presto 97 Off-White Sneaker with Off-White Tag; Size 7, Ser No: AA3830-100;
92) 1 Nike Air VaporMax x Off-White Sneaker; Size 7; Mens, Ser No: AA3831-100;
93) 1 Nike Air Max 97 SE Men's; Pure Platinum/Wolf Grey; No Inner Sole; Off-White Tag, Ser No: DZ2629-001;
94) 1 Nike Air Presto x Off-White Low Black Sneakers; Size 7; Off-White Red Tag, Ser No: AA3830-002;

95) 1 Nike Air Force 1 Low Off-White Black/White Sneakers with Off-White Tag; Size 6, Ser No: AO4606-001;
96) 1 Nike Air Jordan 1 Retro High Off-White University Blue UNC Sneakers with Off-White Tag; Men's; Size, Ser No: AQ0818-148;
97) 1 Nike Air VaporMax x Off-White with Off-White Tag; Size 7, Ser No: AA3831-002;
98) 1 Off-White C/O Virgil Abloh "Atmosphere" Sneakers with Off-White Tag; Size 39; 8
99) Off-White Brand Short Sleeve T-shirts;
100) 1 Off-White Brand Arrows White Sleeve T-shirt; Size XS;
101) 1 OVO Drake October's Very Own OG Owl Crewneck Embroidered Sweatshirt; Size Medium;
102) 1 Off-White Crewneck Knit Sweater; Size 44;
103) 1 Christian Dior Sleeve T-shirt; Size Small;
104) 1 Louis Vuitton Paris Stole; Light Pink;
105) 1 Moncler Gray Pullover Sweatshirt;
106) 1 Louis Vuitton Zipped Reversible Mahaina Monogram Cape; Like New;
107) 1 Balmain Mock Neck Collared Logo Button Short Sleeve Ribbed Knit Mini Dress; Size 40, Ser No: R6005K B07;
108) 1 Balmain Paris Jacquard Monogram Long Sleeve Sweater Knit Dress; Round Neck; Short LS White/Black; Si;
109) 1 Balmain Paris Logo White Crewneck Sweatshirt; Size Small; Stained;
110) 1 Balmain Paris Monogram Crop Cardigan; Size 42;
111) 1 Christian Dior Hooded Towel Poncho; Navy Blue Dior Oblique Motif, Ser No: RN143628;
112) 1 Christian Dior Boutique Blazer; Plaid; Size 6, Ser No: 4E12022221;
113) 1 Christian Dior Judy Blume White/Black Embroidered Logo Crewneck Sweatshirt with Safety Pin; Size XL;
114) 1 Off-White Sweater Dress; Size 40;
115) 1 Fendi Women's FF Black/Brown Poncho Wool Blend; One Size;
116) 1 Fendi FF Logo Zucca Pattern Poncho Red Brown Wool Cashmere Reversible Fringe; One Size;
117) 1 Fendi Crewneck Sweater Zucca Monogram Short Sleeve; Black/White; Size 46;
118) 1 Fendi Brown/Black FF wool Scarf Shawl New with Tag; Men's, Ser No: FXS424 A3Q1 TU;
119) 1 Burberry Prorsum Nova Check Flip Cuff 3/4 Sleeve Black T-Shirt; Size Medium;
120) 1 Tommy Hilfiger Shawl/Poncho Maroon/Grey/Navy Reversible; One Size;
121) 1 A Bathing Ape Black Pullover with Owl Logo Front Center, Sleeve Small Logo Owl & Ape; Size Medium;
122) 1 Sophia Cashmere Black Poncho with Natural Fox Fur; One Size;
123) 1 Alexander McQueen Black Long Sleeve Battle Red T-Shirt; Size Medium;

124) 1 Rag & Bone Silk Lora Battle Red Blouse; Size Medium; New with Tags, Ser No: RN108879; CA#45760;
125) 1 Moncler Logo Wrap Mantella Puffer Wool Coat with Fringes; Size Medium; Stain;
126) 1 Christian Louboutin Sporty Kate 85 Patent Leather Pumps, Box & Dust bag; Highlighter Orange; Size 40, Ser No: 1221056;
127) 1 Christian Louboutin Sporty Kate 85 Patent Leather Pumps, Box, Dust bag & Mini Dust bag; Pinkador, Ser No: 1221056;
128) 1 Nike Air Presto Fly GS; Medium Olive; Size 7Y, Ser No: 913966-200;
129) 1 Adidas Yeezy Foam Runner Vermillion Red; Size 8, Ser No: ART #GW3355;
130) 1 Nike Air Max Plus GS "Have A Nike Day"; Size 6.5Y, Ser No: BQ7224-001;
131) 1 Nike Air Max 97; GS; Rain Forest Miami Hurricanes; Size 6.5Y, Ser No: 921522-300;
132) 1 Nike Air Max; Midnight Navy/Red; Size 6.5Y, Ser No: 921522-402;
133) 1 Nike Air Force 1 High Flax Tan; Size 6Y, Ser No: 922066-203;
134) 1 Nike Air Presto Nike ID; Size 8; Purple/Red, Ser No: 846440-996;
135) 1 Nike Air LeBron 9 "South Beach" Grey/Black; Size 5.5Y, Ser No: 472664-006;
136) 1 Nike SF Air Force 1 Mid Triple Black; Size 6Y, Ser No: AJ0424-003;
137) 1 Nike Air Max 97 Throwback Future; Size 6.5Y; Black/Fuchsia, Ser No: BQ7230-001;
138) 1 Moncler Down Puffer Jacket Fur Hood; Black;
139) 1 Balmain Blazer; On Balmain Hanger Inside Balmain Garment Bag; Size 44, Ser No: 7110PO45;
140) 1 Fendi Abito FF Viscose Long Sleeve Dress with Tags; Size 46; Tobacco; New, Ser No: FZD716 A5QG F118W;
141) 1 Louis Vuitton Signature Double Face Hooded Wrap Coat; Interior Logo Lined; Belted; Light Camel; Size;
142) 1 Burberry Cap Hooded Poncho Jacket' Embroidery Cashmere Blend White; One Size, Ser No: CNSHAYIN2801SHA;
143) 1 Balenciaga Biker Leather Jacket; Black; Red Interior Lining;
144) 1 Fendi FF Monogram Knitted Cashmere Cape; Charcoal/Black; One Size, Ser No: FXX636 A3Q1 TU;
145) 1 Burberry Hooded Scarf/Shawl; Checked Twill;
146) 1 BF Fur Deep Navy Blue Fur Coat with Black Paisley Lining, Ser No: QB/T2822-2006;
147) 1 Louis Vuitton On My Side MM Tote Bag; Black; Shoulder Strap; Calf Leather & Emblematic Monogram Canvas, Ser No: EO:16:3C:01:8B:F4:33:20;
148) 1 Nike Air Jordan 1 High Dior; Wolf Grey/Sail Photon Dust-White; Limited Release with Box, Dust bags &, Ser No: CN8607-002;
149) 1 Dolce & Gabbana Sorrento Knit Sneakers; Black & White; Brand New, Ser No: CK1595AH677;

150) 1 Christian Dior B22 Trainer with Dust bag; Men's; Light Blue/Black/Orange Bottom; Like New, Ser No: LSD62239;
151) 1 Fendi Flow Top Sneakers' White; Like New;
152) 1 Christian Dior B22 Rainer Knit Sneakers with Dolce & Gabbana Dust bag; Brand New, Ser No: LS102239;
153) 1 Louis Vuitton Keepall Monogram Canvas 50; 19.5"W x 11'H x 9"D; Chipped; Lock & Key 314;
154) 1 Louis Vuitton Alma PM Zip Around Handbag; Damien Ebene; Lock & Key 311; Brand New;
155) 1 Louis Vuitton Monogram Empreinte Black Pochette Crossbody Bag/Chain Wallet;
156) 1 Gucci GG Marmont Butterfly Zip Around Wallet; Black;
157) 1 Louis Vuitton Damier Ebene Zip Around Long Wallet with Tag, Box & Pouch; Brown; New, Ser No: D.E.B. N60534;
158) 1 Cartier Pen in Cartier Box; Cap 13.95mm;
159) 1 Adidas Yeezy Foam RNR with Tags; Size 7; Brand New;
160) 1 Adidas Yeezy Foam RNR MX Carbon Multi Colored; Size 8, Ser No: IG9562;
161) 1 Adidas Yeezy; Men's; Size 8; Stone Sage, Ser No: ART #GX4472;
162) 1 Adidas Yeezy Foam RNR Dark Grey; Size 7;
163) 1 Adidas Yeezy Foam RNR; Size 8, Ser No: ART #GV7903;
164) 1 Adidas Yeezy Foam RNR; Size 8; Sand Gray, Ser No: ART #GY3969;
165) 1 Adidas Yeezy Foam RNR Vermillion Red Leather; Size 7, Ser No: ART #GW3355;
166) 1 Adidas Yeezy Foam RNR Vermillion Red Leather; Size 8.5;
167) 1 Christian Dior Reversible Oblique Jacquard & Blue Leather Belt; 43.5";
168) 1 Louis Vuitton Initials Black Leather Belt; 44", Ser No: M0226;
169) 1 Christian Louboutin Logo Buckle Leather Belt; 95/38;
170) 1 Ferragamo Reversible Men's Belt; Black; 43";
171) 1 Louis Vuitton Suntulle LV Initial Belt; Damien Azur White Grey; Men's; Like New, Ser No: M9609 AC4250;
172) 1 MCM Belt;
173) 1 Louis Vuitton 30mm Reversible Belt with Gold Hardware; Like New **COUNTERFEIT**;
174) 1 Gucci Monochrome GG Wide Marymount Enamel Tan Belt; Women's; Like New, Ser No: 40941-184xv-100-40-525040;
175) 1 Christian Louboutin Women CL Logo Buckle Patent Leather Belt Loubi Red;
176) 1 F is Fendi Women's Belt 75 Brown; Like New, Ser No: 21033501-A5TL;
177) 1 Hermes H Stripe Reversible Belt; Aqua; Like New, Ser No: 95 WAA 110 ZA;
178) 1 Balmain Paris Logo Buckle Belt; Black Suede; 90; Like New;
179) 1 Louis Vuitton LV Initials Reversible Belt; Brown/Black; 95/39, Ser No: M9453;

180) 1 Christian Louboutin Leather Belt Black Logo Buckle Inside Red; Like New;
181) 1 Women's Saint Laurent YSL Cassandra Monogram Long Zip Around Wallet; Interior Lip Pockets;
182) 1 Nike Air Jordan 12 Royalty Taxi (GS) Retro Black/White/Gold Sneakers; Size 7Y; Like New, Ser No: 153265-170;
183) 1 Nike Air Jordan 11 Retro Jubilee Anniversary (2020) Sneakers; Boys 7Y (Women's 9), Ser No: 378038-011;
184) 1 Nike Air Jordan 11 Retro GS Cool Grey 2021 Sneakers; Boys 6.5Y, Ser No: 378038-005;
185) 1 Nike Air VaporMax Flynit 3 White Crimson Women's Sneakers; Size 8.5; Brand New, Ser No: CZ7994-100;
186) 1 Nike Air Jordan13 Retro "He Got Game" Sneakers; White/Red/Black; Size 6.5, Ser No: 884129-104;
187) 1 Nike Air Jordan 11 XLI Retro Low GS; Boys 6.5;
188) 1 Nike Air Jordan 11 Retro GS Bred 2019; Boys Size 6.5Y, Ser No: 378038-061;
189) 1 Adidas NMD Human Race x Pharrell Williams Chinese Char Trainers; Orange' Men's; Size 7, Ser No: ART #EE7582;
190) 1 Adidas Pharrell X NMD Human Race Pink with different color pairs of Shoelaces; Men's; Size 7; Ser No: GY0088;
191) 1 Adidas Yeezy Boost 350V2 Low; Men's; Size 7, Ser No: ART #FU 9006;
192) 1 Nike Air Jordan 11 Retro Low IE "Bred 2021" Chicago Bulls; Black True Red; Size 7; Brand New, Ser No: 919712-023;
193) 1 Nike Air Force One Low Triple White Sneakers; Size 5.5Y, Ser No: DH2920-111;
194) 1 Nike Air VaporMax Flyknit 3 Multi Color Black-Volt; Women's; Size 8.5; Like New, Ser No: AJ6910-004;
195) 1 Nike Air VaporMax Flyknit 3 Air Cushion Shoe; Men's; Size 8.5; Mint Condition, Ser No: CT1274-100;
196) 1 Nike Air VaporMax Flyknit 3 Desert Sand Running Shoes; Women's; Size 9; Brand New, Ser No: AJ6910-007;
197) 1 Nike Air Jordan Retro 11 Low Bright Citrus Patent Leather Sneakers; Women's; Size 8.5; Brand New, Ser No: AH7860-139;
198) 1 Adidas Pharrell x NMD Human Race ULUNTU Orange, Ser No: GY0095;
199) 1 Nike Air Jordan 11 Retro Low GS Legend Blue; Boys Size 7, Ser No: 528896-117;
200) 1 Off-White Arrow Free Spirit Fall Winter T-Shirt;
201) 1 Off-White Arrow Yellow T-Shirt;
202) 1 Off-White Canvas Arrow T-shirt;
203) 1 Off-White Athleisure Black Slim Fit Seamless Long Sleeve Shirt; Like New;
204) 1 Off-White "Women's Slightly Off" T-shirt;

205) 1 Off-White Turtleneck Athleisure Long Sleeve Shirt;
206) 1 Off-White Industrial T-shirt;
207) 1 Off-White Diagonal Tape Arrow Crewneck Sweatshirt; Like New;
208) 1 Nike Air Jordan 1 OG "Obsidian Sail"; University Blue; GS, Ser No: 575441-140;
209) 1 Nike Air Jordan 1 Retro Turbo Green, Ser No: 575441-311;
210) 1 Nike Air Jordan 9 Retro University Blue Black; Brand New, Ser No: 302359-140;
211) 1 Nike Jordan 1 Retro OG High Royal Toe Blue White Leather;
212) 1 Nike Air Jordan 1 High Premium Bio Beige/Mystic Green, Ser No: AH7389-203;
213) 1 Nike Air Jordan 6 Retro Grade School Black Bordeaux Sneakers, Ser No: 384665-063;
214) 1 Nike Air Jordan 1 High OG Shadow;
215) 1 Nike Air Jordan 1 Retro High University Blue White GS;
216) 1 Nike Air Jordan, Ser No: 107899738;
217) 1 Nike Jordan 1 Euro High Light Smoke Grey; GS; Brand New, Ser No: 575441-126;
218) 1 Adidas Yeezy Boost 350 V2 Black; Men's; Size 7, Ser No: CP9652;
219) 1 Nike Air VaporMax Flyknit 3 GS Noble Red Blue Running Sneakers; Size 6Y, Ser No: BQ5238-602;
220) 1 Adidas Yeezy Boost 350 Turtle Dove Sneakers, Ser No: ART #AQ4832;
221) 1 Adidas Yeezy Boost 350 V2 Clay Orange; Men's; Size 7, Ser No: ART #EG7490;
222) 1 Adidas Yeezy Boost 350 V2; Men's; Size 7, Ser No: ART #H02795;
223) 1 Adidas Yeezy 350 V2 Low Carbon; Men's; Size 7, Ser No: ART #FZ5000;
224) 1 Nike Air VaporMax Flyknit 3 "Oreo" Sneakers; Women's; Size 8.5, Ser No: AJ6910;
225) 1 Adidas Yeezy Boost 350 V2 Low MX Oat; Men's; Size 7.5; Brand New, Ser No: ART #GW3773;
226) 1 Adidas Yeezy Boost 350 V2 Low Top Citrin Non Reflective; Brand New, Ser No: ART #FW318;
227) 1 Adidas Yeezy Boost 350 V2 Low Dazzling Blue with Tags; Men's; Size 7; Brand New, Ser No: ART #GY7164;
228) 1 Adidas Yeezy Boost 350 V2 Ash Stone; Size 7;
229) 1 Nike Air Jordan 11 Retro Black Patent & White; Men's; Size 7; Missing Inner Soles;
230) 1 Nike Air Jordan 11 Retro GS Concord Space 45 Jam; Size 6.5, Ser No: 378038-100;
231) 1 Adidas Yeezy Boost 350 V2 Low Zebra; Size 7, Ser No: ART #CP9654;
232) 1 Adidas Yeezy Boost 350 V2 Low Beluga 2.0; Size 7, Ser No: ART #AH-2203;
233) 1 Adidas Yeezy 700 Wash Orange; Size 7, Ser No: ART #GW0296;
234) 1 Nike Air VaporMax Flyknit 3; Women's; Size 8.5;

235) 1 Adidas Yeezy Boost 700 Wave Runner; Grey; Size 7, Ser No: ART #B75571;
236) 1 Adidas Yeezy Boost 700 Wave Runner with Tags; Grey; Size 7; Brand New, Ser No: ART #B75571;
237) 1 Nike Air Jordan 1 Retro High OG; SE Bubblegum; Size 8.5; Like New, Ser No: DD9335-641;
238) 1 Adidas Yeezy Boost 350 V2 Yecheil Non Reflective Sneakers; Size 7; Like New, Ser No: FW5190;
239) 1 Adidas Yeezy Boost 350 V2 Static Reflective Sneakers; Size 7; Like New, Ser No: EF2367;
240) 1 Adidas Yeezy Boost 350 V2 Sneakers; Mono Ice; Size 7; Brand New;
241) 1 Adidas Yeezy Boost 350 V2 Sneakers; Low Israfil; Size 7; Brand New, Ser No: FZ5421;
242) 1 Adidas Yeezy Boost 350 V2 Sneakers; Cloud White' Size 7; Like New, Ser No: FW3043;
243) 1 Adidas Yeezy Boost 350 V2 Sneakers; Ash Blue; Size 7; Like New;
244) 1 Gucci Double G Logo Diana Bamboo Leather Tote; Navy; Small, Ser No: 1037231651;
245) 1 Louis Vuitton On My Side MM Leather Tote Bag; 12"x10"x5.5"; Rolled Handles;
246) 1 Burberry Nova Check One Piece Swimsuit with Tags & Box; Girls; Archive Beige IP Check; Brand New;
247) 1 Anti-Social Club T-Shirt with Stock X Receipt; Self Conclusion Sand; "Sick & Tired", Ser No: 5AA67184;
248) 1 Bella Fare Beige Poncho with Faux Fur;
249) 1 Burberry Reversible Check Wool Cape;
250) 1 Nike Youth Air VaporMax 97 GS Sneakers; White Indigo Burst; Size 6Y, Ser No: AQ #2657-100;
251) 1 Nike Air Jordan 11 RETRO 2019 Bred Sneakers; Black/Red; Size 6Y; Men's, Ser No: AQ #378038-061;
252) 1 Nike Women's Dunk Low Sneakers; Laser Orange White; Size 7, Ser No: AQ #DD1503-800;
253) 1 Nike Air Jordan 6 UNC Sneakers; Black/Carolina Blue; Size 6Y;
254) 1 Nike Dunk Low UNC Sneakers; Blue/White; Size 5.5Y, Ser No: AQ #CW1590-103;
255) 1 Nike Air Jordan Retro 6 Low Chrome Sneakers; Size 6Y, Ser No: AQ #768881;
256) 1 Nike Men's Dunk Low Retro "Panda" Sneakers;, Ser No: AQ #DD1391-100;
257) 1 Nike Jordan 11 Retro Jubilee 25th Anniversary Sneakers; Black; Size 6Y, Ser No: AQ #378038-011;
258) 1 Nike Air Jordan 4 Retro " Lightning" Sneakers; Size 6Y; and
259) 1 Gucci GG Bifold Wallet; Black; Men's

5. 6 checks addressed to Laconia Avenue Pharmacy seized by the Government from the 3186 Wissman Property on or about March 2, 2023.

6. NBA Finals Box of merchandise seized by the Government from the 3186 Wissman Property on or about March 2, 2023.

7. Mercedes-Benz key FOB seized by the Government from the 3186 Wissman Property on or about March 2, 2023.